J. Robert Renner (SBN 148587)
Christopher B. Yeh (SBN 262991)
**DUANE MORRIS LLP**
865 S. Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: 213.689.7400
Facsimile: 213.689.7401
E-mail:  RRenner@duanemorris.com
         CBYeh@duanemorris.com

Dana J. Ash (admitted *pro hac vice*)
Demetrios C. Batsides (admitted *pro hac vice*)
Sean K. Burke (admitted *pro hac vice*)
Ryan J. O'Neil (admitted *pro hac vice*)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: 215.979.1000
Facsimile: 215.979.1020
E-mail: DJAsh@duanemorris.com
        DCBatsides@duanemorris.com
        SBurke@duanemorris.com
        RJONeil@duanemorris.com

Attorneys for Defendants
Wright Medical Technology, Inc.
and MicroPort Orthopedics, Inc.

Paul R. Kiesel, State Bar No. 119854
  kiesel@kiesel.law
Helen Zukin, State Bar No. 117933
  zukin@kiesel.law
Cherisse H. Cleofe, State Bar No.
  cleofe@kiesel.law
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:  310-854-4444
Fax:  310-854-0812

Attorneys for Plaintiff
Kristin Biorn

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN BIORN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation; and MICROPORT ORTHOPEDICS, INC., a Delaware corporation.<br><br>　　　　Defendants. | Case Nos. 2:15-cv-07102-CAS-KS<br>Hon. Christina A. Snyder<br>Hon. Magistrate Karen Stevenson<br><br>**STIPULATION TO CONTINUE TRIAL DATE, DISCOVERY CUT-OFF DATES, AND RELATED DEADLINES**<br><br>Complaint Filed:　September 9, 2015<br>Current Trial Date: June 20, 2017<br>**Proposed New Trial Date: Dec. 5, 2017** |

Pursuant to Civil Local Rules 16-9 and 40-1, Defendant Wright Medical Technology, Inc. ("WMT"), Defendant MicroPort Orthopedics, Inc. ("MicroPort," and collectively, "Defendants"), and Plaintiff Kristin Biorn, by and through their undersigned attorneys, stipulate and agree as follows:

WHEREAS on September 11, 2015, the Court entered an order relating this case to the action styled *Richard B. Sarafian v. Wright Medical Technology, Inc., et al.*, Case No. CV15-09397 CAS (KSx), and transferred this action before the same Court (Doc. 8);

WHEREAS on February 1, 2016, the Court entered a Scheduling Order (Doc. 35) in this action that set the following dates:

- Request for leave to file amended pleadings or to add parties: June 3, 2016;
- Settlement Completion Cutoff: July 14, 2016;
- Factual Discovery Cut-off: January 9, 2017;
- Last Day to File Motions: April 3, 2017;
- Plaintiff's Exchange of Expert Reports Cut-off: January 23, 2017;
- Defendants' Exchange of Expert Reports Cut-off: February 17, 2017;
- Exchange of Rebuttal Reports Cut-off: March 3, 2017;
- Expert Discovery Cut-off: March 30, 2017;
- Status Conference re: Settlement (11:00 A.M.): July 25, 2016;
- Pretrial Conference/Hearing on Motions in Limine (11:00 A.M.): June 5, 2017;
- Jury Trial (9:30 A.M.): June 20, 2017.

WHEREAS on April 11, 2016, the Court entered a Scheduling Order in the related *Sarafian* case that set the following dates:

- Request for leave to file amended pleadings or to add parties: May 11, 2016;
- Settlement Completion Cutoff: October 14, 2016;
- Status Conference re: Discovery in related cases (11:00 A.M.): May 16, 2016;

- Factual Discovery Cut-off: March 20, 2017;
- Last Day to File Motions: July 24, 2017;
- Exchange of Plaintiff's Expert Report Cut-off: April 3, 2017;
- Exchange of Defendants' Expert Report Cut-off: May 17, 2017;
- Exchange of Plaintiff's Rebuttal Report Cut-off: June 2, 2017;
- Expert Discovery Cut-off: July 12, 2017;
- Status Conference re: Settlement (11:00 A.M.): October 31, 2016;
- Pretrial Conference/Hearing on Motions in Limine (11:00 A.M.): September 18, 2017;
- Jury Trial (9:30 A.M.): October 3, 2017.

WHEREAS on May 23, 2016, the Court entered an order that fact discovery be coordinated and shared "between the actions styled *Richard B. Sarafian v. Wright Medical Technology, Inc., et al.*, Case No. CV15-09397 CAS (KSx), and *Kristin Biorn v. Wright Medical Technology, Inc.*, Case No. CV15-07102 CAS (KSx)" (Doc. 54);

WHEREAS, despite the parties' diligent efforts to conduct written discovery and depositions, disputes have arisen that the parties are currently working to resolve jointly;

WHEREAS counsel for Plaintiff and Defendants have met and conferred and agree that, consistent with this Court's May 23, 2016 order coordinating discovery between the *Sarafian* and *Biorn* cases, the fact discovery cut-off in the *Biorn* case should be advanced to March 20, 2017, the same fact discovery cut-off date as the *Sarafian* case;

WHEREAS, due to the current trial date of June 20, 2017 in the *Biorn* case, a continuance of the fact-discovery cut-off date in the *Biorn* action also necessitates a continuance of the expert-discovery cut-off date and related dates, as well as the trial date and related dates in the *Biorn* case;

WHEREAS, to avoid conflict with the *Sarafian* case, the expert-discovery cut-

2
STIPULATION TO CONTINUE TRIAL DATE, DISCOVERY CUT-OFF DATE, AND TRIAL-RELATED DEADLINES

off date and related dates, as well as the trial date and related dates in the *Biorn* case, should be continued 2-3 months after their counterpart dates in the *Sarafian* case;

WHEREAS, in light of the facts and events set forth above, counsel for Plaintiff and counsel for Defendants agree that good cause exists to continue the fact discovery cut-off date, the expert cut-off date, the trial date, and all related dates in this action;

THEREFORE, the parties have stipulated to a new scheduling order in this action as follows:

|  | **Current Dates (*Biorn*)** | **Proposed New Dates (*Biorn*)** |
|---|---|---|
| Fact Discovery Cutoff | January 9, 2017 | March 20, 2017 |
| Last Day to File Motions | April 3, 2017 | September 25, 2017 |
| Plaintiff's Exchange of Expert Reports | Jan. 23, 2017 | June 5, 2017 |
| Defendant's Exchange of Expert Reports | Feb. 17, 2017 | July 19, 2017 |
| Exchange of Rebuttal Reports | March 3, 2017 | August 4, 2017 |
| Expert Discovery Cutoff | March 30, 2017 | September 13, 2017 |
| Pretrial Conference | June 5, 2017, 11:00 A.M. | November 21, 2017, 11:00 A.M. |
| Trial | June 20, 2017, 9:30 A.M. | December 5, 2017, 9:30 A.M. |

The parties further stipulate and request that the Court enter an Amended Scheduling Order in this case that sets forth these new dates and deadlines.

/ / /
/ / /
/ / /
/ / /
/ / /

**SO STIPULATED.**

Dated: November 22, 2016            **DUANE MORRIS LLP**

                                         */s/ Christopher B. Yeh*
                                         J. Robert Renner
                                         Christopher B. Yeh
                                         Dana J. Ash (admitted *pro hac vice*)
                                         Demetrios C. Batsides (admitted *pro hac vice*)
                                         Sean K. Burke (admitted *pro hac vice*)
                                         Ryan O'Neil (admitted *pro hac vice*)

                                         *Attorneys for Defendants*
                                         Wright Medical Technology, Inc. and
                                         MicroPort Orthopedics, Inc.

Dated: November 22, 2016            **KIESEL LAW**

                                         */s/ Helen Zukin*
                                         Paul R. Kiesel
                                         Helen Zukin
                                         Cherisse H. Cleofe

                                         *Attorneys for Plaintiff*
                                         Kristin Biorn

## **ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4.**

      I, Christopher B. Yeh, am the ECF User whose identification and password are being used to file this document. Pursuant to Civil L.R. 5-4.3.4., I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                         By:    */s/ Christopher B. Yeh*
                                                              Christopher B. Yeh
                                                              *Attorneys for Defendants*
                                                              Wright Medical Technology, Inc. and
                                                              MicroPort Orthopedics, Inc.

DM1\7284304.2