J. Robert Renner (SBN 148587)
Christopher B. Yeh (SBN 262991)
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA  90017-5450
Telephone: +1 213 689 7400
Facsimile: +1 213 689 7401
E-mail: RRenner@duanemorris.com
         CBYeh@duanemorris.com

Dana J. Ash (admitted *pro hac vice*)
J. Scott Kramer (admitted *pro hac vice*)
Sean K. Burke (admitted *pro hac vice*)
Ryan J. O'Neil (admitted *pro hac vice*)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: +1 215 979 1000
Facsimile: +1 215 979 1020
E-mail: DJAsh@duanemorris.com
         JSKramer@duanemorris.com
         SBurke@duanemorris.com
         RJONeil@duanemorris.com

Attorneys for Defendant
MicroPort Orthopedics, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN BIORN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation; and MICROPORT ORTHOPEDICS, INC., a Delaware corporation,<br><br>　　　　　Defendants. | Case No.:  CV15-07102 CAS (KSx)<br><br>Honorable Christina A. Snyder<br><br>**DEFENDANT MICROPORT ORTHOPEDICS, INC.'S JOINDER IN WRIGHT MEDICAL TECHNOLOGY, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO CONSOLIDATE CASES FOR ALL PURPOSES, INCLUDING TRIAL**<br><br>Date:　　　　January 9, 2017<br>Time:　　　　10:00 A.M.<br>Courtroom:　　8D<br><br>Trial Date:　　December 5, 2017 |

DM1\7432717.1

1

DEFENDANT MICROPORT'S JOINDER IN WRIGHT MEDICAL TECHNOLOGY, INC. 'S OPPOSITION TO PLAINTIFF'S MOTION TO CONSOLIDATE CASES FOR ALL PURPOSES, INCLUDING TRIAL

1  Defendant MicroPort Orthopedics, Inc. ("MicroPort") hereby joins in the
2  Opposition to Plaintiff's Motion to Consolidate Cases for All Purposes, Including
3  Trial ("Motion") (Doc. No. 87) filed concurrently by Defendant Wright Medical
4  Technology, Inc. ("Wright Medical").  MicroPort concurs with the positions set forth
5  in Wright Medical's Opposition brief, and incorporate them herein by reference.

6  For these reasons, MicroPort respectfully requests that the Court deny
7  Plaintiffs' Motion to Consolidate Cases for All Purposes, Including Trial.

Dated:  December 19, 2016            **DUANE MORRIS LLP**

*/s/ Christopher B. Yeh*
J. Robert Renner
Christopher B. Yeh
Dana J. Ash (admitted *pro hac vice*)
J. Scott Kramer (admitted *pro hac vice*)
Sean K. Burke (admitted *pro hac vice*)
Ryan J. O'Neil (admitted *pro hac vice*)

*Attorneys for Defendant*
MicroPort Orthopedics, Inc.