Exhibit D

# EXPERT REPORT OF CHARLES LOWRY BARNES, M.D.

June 12, 2017

## I.    EXPERTISE AND BACKGROUND

I am serving as an expert in this case based upon my expertise in hip surgery. My Curriculum Vitae is attached, but in summary, I am a board certified orthopedic surgeon with fellowship training in adult reconstruction. My undergraduate degree was from the University of Arkansas at Fayetteville, followed by a medical degree from the University of Arkansas for Medical Sciences, and an orthopedic residency at the same institution and subsequent adult reconstruction fellowship training at Harvard University. My fellowship was completed in 1992 and I entered the private practice of orthopedic surgery in Little Rock, Arkansas. For the past three years, I have been in fulltime academic practice and serve as Chairman of Orthopaedics at the University of Arkansas for Medical Sciences.

I have an extensive background with Wright Medical Technology, Inc. ("Wright Medical") as well as their modular neck prostheses. I previously served as both a consultant and a design surgeon for Wright Medical's hip and knee prosetheses. During this time, I hosted numerous surgeons for surgical visits, spoke extensively at Wright Medical educational courses, and participated in many design meetings. I was compensated hourly for my time doing consulting work and was paid a royalty for prostheses which I designed.

## II.    BASIS OF OPINION

I have extensive experience in performing total hip replacements, including the use of modular neck components. After performing at least 350 surgeries using the Profemur Hip Implant System's titanium necks, in August of 2010 I began utilizing the Profemur chrome cobalt modular necks, only to abandon their use in February of 2011. In my career, I have implanted 444 Profemur chrome cobalt modular necks in patients.

Although I have not had any patients who, to my knowledge, have suffered modular neck fractures, I have had patients who have required revision surgeries of their chrome cobalt modular necks. During these revision surgeries, I identified corrosion of the Profemur cobalt chrome necks at the chrome cobalt titanium junction. This problem was communicated to Wright Medical repeatedly in early 2013.

Because I was part of the Wright Medical design team at a senior level, I was very familiar with the transition from titanium modular necks to chrome cobalt modular necks, and was supportive of doing so based upon the data I saw. The Profemur titanium necks were fracturing at a rate higher than non-modular prostheses, and it was thought that the move to chrome cobalt modular necks would decrease the risk of fracture. Internal testing presented to me by Wright Medical appeared to validate this claim. However, I relied upon Wright Medical, as I do all medical device manufacturers, to do all testing needed to assure the safety and longevity of the device. In retrospect, it is my opinion that Wright Medical failed to adequately

test the cobalt chrome modular necks to ensure that they would be free of corrosion, corrosion fretting, and fracture.

I have thoroughly reviewed the medical records and depositions related to these two cases. Here, in the two patients at issue, the chrome cobalt modular neck prostheses fractured. In 2012, I became quite concerned about the junction between these two dissimilar metals and the corrosion and ALVAL soft tissue responses which were observed. We had extensive testing done from my retrievals and confirmed this significant reaction at this junction. Certainly, this could lead to fracture in a repetitive load situation. I suggested to Wright Medical in early 2013 that they consider removing the chrome cobalt neck from the market and not replacing it with other modular prostheses. It was my concern at the time that Wright Medical had substituted a new problem, fretting and corrosion, for a known problem of titanium neck fracture when moving from titanium to chrome cobalt modular necks. Despite my multiple conversations and written communication with Wright Medical about the chrome cobalt modular necks and their problems, I do not recall ever being informed about the number of chrome cobalt neck fractures that have occurred.

It is my opinion that had Wright Medical acted more responsibly in their management of the chrome cobalt issues that I raised in early 2013, patients who subsequently underwent total hip implant surgeries may not have received these defective component parts. Surgeons and certainly patients were not made fully aware of the associated risks of the Profemur chrome cobalt modular neck.

Based on my clinical experience and knowledge of the chrome cobalt modular necks, it is my opinion, and has been since early 2013, that the modular necks are defective in design. As referenced above, my clinical observations confirmed the need for revision in numerous of my patients due to corrosion resulting in adverse soft tissue responses surrounding the modular neck.

In my opinion, Wright Medical and MircoPort Orthopedics, Inc. ("MicroPort") failed to promptly disclose to surgeons the risks associated with the cobalt chrome modular necks; specifically, the risks of micromotion in the pocket of the stem contributing to corrosion, fretting corrosion, and fracture.

## III.    MATERIALS RELIED UPON/EXHIBITS TO SUPPORT OPINIONS

I reviewed and considered the following materials in forming my opinions:

Deposition of Plaintiff Kristin Biorn
Deposition of Jason Snibbe, M.D.
Deposition of Steve Mackall
Deposition of Taylor Mackall
Deposition of Stacey Miller
Deposition of Robert Ashley, M.D.
Deposition of Lori Musto, D.O.
Deposition of Yelena Gazal

Deposition of Arianna Eskanazi
Deposition of Patrick Fisher
Deposition of Michael Carroll
Deposition of Irina Timmerman
Deposition of Jason Watson
Deposition of Bryan Callahan
Deposition of Satya Nambu
Deposition of Cathy Park
Deposition of Scott Bible
Deposition of Frank Bono
Deposition of Brian McDaniel
Deposition of Deborah Daurer
Deposition of Jeanine Redden
Deposition of Jon Moseley
Deposition of Scott Shackle
Deposition of Teresa Leister

Device History Records
Device Regulatory File
Design Development File
Hip System 136288-7 (Instructions for Use), dated February 2012
PROFEMUR Z/PLASMA Z Total Hip System, Surgical Technique (MH004-104)
PROFEMUR Z Surgical Technique (MH004-104)
Technical Monograph PROFEMUR Total Hip System (MH688-102)
PROFEMUR Total Hip Modular Neck System, Technical Monograph
      (MH179-703 Rev.0904)
PROFEMUR Modular Necks, a STATURE product, Technical Monograph
      (MH179-703)
Technical Monograph PROFEMUR Total Hip System Modular Neck (MH179-703)
PROFEMUR Total Hip System, Technical Monograph (MH688-102, Rev. 1204)
PROFEMUR Modular Necks, Frequently Asked Questions (MH788-1011, R112)
PROFEMUR CoCr Modular Necks, Frequently Asked Questions (MH619-812)
PROFEMUR Total Hip System Product Catalog (MH100-305, Rev. 11.07)
Assembly and Impaction of Modular Junctions, PROFEMUR Modular Neck and
      ADVANCE Modular Tibial Stems (MH408-708)
Treating Osteoarthritis through Hip Replacement with the CONSERVE Total Hip System
      with BFH Technology (JC241-906 Brochure)
The Next Generation in Modularity
Wright PROFEMUR Total Hip Modular Neck System, "Smaller Incisions. Correct Leg
      Length. Less Tissue Impingement."
www.hips4fastrecovery.com – Testimonials
Other patient complaint files, CRITT Reports and Exponent reports for Profemur
Titanium and CoCr Hip Implant Systems

Kristin Biorn's Complaint File
Kristin Biorn Cedars Sinai Medical Records

Kristin Biorn Jason Snibbe, M.D./Snibbe Orthopedics Medical Records
Kristin Biorn Providence St. John's Hospital Health Center Medical Records
Kristin Biorn Lori Musto, D.O. Medical Records
Kristin Biorn UCLA Medical Center Medical Records
Kristin Biorn Santa Monica Ortho & Sports Medicine Medical Records


Richard B. Sarafian's Complaint File
Richard Sarafian Cedars Sinai Medical Records
Richard Sarafian Jason Snibbe, M.D./Snibbe Orthopedics Medical Records
Richard Sarafian Community Hospital of Long Beach Medical Records


Expert Report prepared by Mari S. Truman, M.S., P.E.
Expert Report prepared by Suzanne Parisian, M.D.
Expert Report prepared by Bastiaan E. Cornelissen, Ph.D., P.E.
Expert Report prepared by Reed Ayers, Ph.D.
Expert Report prepared by Brad L. Penenberg, M.D.


Exemplar device components
Exemplar surgical instruments

My communications with Wright Medical

Please see Attachment 1 for additional materials.

## IV      TESTIMONIAL HISTORY

I have not testified at trial or by deposition during the previous four years preceding the date of this report.

## V.      STATEMENT OF COMPENSATION

I have not yet received any compensation, but I will bill my time at $2,000.00 an hour upon completion of my role. My hourly rate for deposition testimony is $3,500.00 per hour.


Sincerely,


C. Lowry Barnes, M.D.
Chairman, Department of Orthopaedic Surgery
Professor of Orthopaedic Surgery
MSK Service Line Director
HipKnee Arkansas
UAMS College of Medicine

## CHARLES LOWRY BARNES, MD

*Curriculum Vitae*

**ADDRESS**

HOME:
10 East Palisades
Little Rock, Arkansas 72207
(501) 661-1188

OFFICE:
HipKnee Arkansas Foundation
1701 Aldersgate Road, Suite 3
Little Rock, Arkansas 72205
Phone: (501) 246-4439
Fax:    (501) 246-4437
Email: clbarnes@uams.edu

**ACADEMIC APPOINTMENT:**
**Professor, 2011-Present**
**Chairman, August 1, 2014**
**Department of Orthopaedic Surgery**
**University of Arkansas for Medical Sciences**

**BACKGROUND**
Date and Place of Birth: April 26, 1960; Meridian, Mississippi
Marital Status: Married
Wife: Tanya Phillips Barnes
Children: Emily (2/1/89)
Chase (3/2/92)
Sally (4/3/98)

**LICENSURE**
Arkansas:    C-7053
Mississippi: 14221

**BOARD CERTIFICATION**
American Board of Orthopaedic Surgery,   July 15, 1994
Re-Certified, July 1, 2004
Re-Certified, July, 2014

**EDUCATION**
Medical School:
University of Arkansas College of Medicine, Little Rock, Arkansas, 1982-1986
Graduated with Honors, May 1986

Undergraduate:
University of Arkansas, Fayetteville, Arkansas; BA in Natural Sciences/Zoology, 1978-1981
Graduated in December 1981

High School:
Pine Bluff High School, Pine Bluff, Arkansas
Graduated in June 1978

**POST-GRADUATE MEDICAL EDUCATION**
Auburn University College of Business:
Certificate in Business Administration for Physicians, December 1999

Fellowship:
John N. Insall Traveling Fellowship

October 1-November 2, 2006

Adult Reconstructive Surgery/Arthritis Surgery
Brigham & Women's Hospital
Harvard Medical School
Boston, Massachusetts
Director: Clement B. Sledge, MD
August 1, 1991-July 31, 1992

AO/ASIF Adult Orthopaedic Fellowship
Inselspital, Bern. Switzerland
Director: Professor Reinhold Ganz
April 1, 1990-May 5, 1990

Residency:
    Orthopaedic Surgery Residency:
    University of Arkansas for Medical Sciences, Little Rock, AR
    Director: Carl L. Nelson, MD
    July 1987 -July 1991

Internship:
    Orthopaedic Surgery/Transitional Internship:
    University of Arkansas for Medical Sciences, Little Rock, AR
    July 1986-July 1987

**HONORARY SOCIETIES**
Phi Beta Kappa
Mortar Board (Senior: Leadership and Scholastic)
Order of Omega (Senior: Leadership)
Blue Key (Senior: Leadership and Scholastic)
Cardinal Key (Junior: Leadership and Scholastic)
Cardinal XXX (Sophomore: Leadership and Scholastic)
Phi Eta Sigma (Freshman: Scholastic)

**HONORS AND AWARDS**
Distinguished Southern Orthopaedist Award, Southern Orthopaedic Association, 2014

Civic Awards          International Association of Orthopaedic Surgeons, Top Doctor, 2010

                     Arkansas Life, Top Physicians, 2010

                     Best Doctors in America, 2001–2016

                     Top Doctors, Castle Connolley, US News World Report, 2011-2016

                     Arthritis Foundation, Honoree. 2000

                     Arthritis Foundation, "Shining Example" Award. 1999

                     <u>Arkansas Times</u>, Best Doctors Award. 1993, 1999 and 2001

                     Arkansas Business: "40 under 40". 1998

                     Arthritis Foundation, "Heroes Overcoming Arthritis:  Shining Examples". 1998

                     Arthritis Foundation, "New Source of Help and Hope" Award. 1993

Active Years, Best Doctors Award, 2005-2015

Guide to America's Top Physicians, America's Top Physician. 2004, 2005, 2006, 2007, 2008

Guide to America's Top Surgeons, America's Top Surgeon. 2006, 2007, 2008

Post-Graduate            American Orthopaedic Association/Zimmer Annual
                 Resident Award
      June 1991

                 Recognition for Resident Research
                 Smith and Nephew-Richard
      August 1990

                 J. Albert Key Award
                 Mid-American Orthopaedic Association
                         Resident Award
      March 1990
Medical School           University of Arkansas College of Medicine Honors Program

                 "Honors in Physiology" Graduate

Undergraduate            University of Arkansas Senior Key - Presented to graduating senior in the
                 College of Arts and Sciences with the highest grade point average

                 Dean's List and President's List for all under-graduate semesters

                 Rhodes Scholarship State Finalist

                 University of Arkansas Who's Who

                 National Dean's List

                 Sigma Alpha Epsilon Honor Pledge and Scholarship Pledge

## SOCIETY MEMBERSHIP
American Academy of Orthopaedic Surgeons
Knee Society
American Association of Hip and Knee Surgeons
Association of Bone and Joint Surgeons
Insall Club
Society for Arthritic Joint Surgery
Mid-America Orthopaedic Association
Southern Orthopaedic Association
Arkansas Orthopaedic Society
International Society for Technology in Arthroplasty
AO/ASIF Alumni Association
Arkansas Medical Society
American Orthopaedic Association

## OPERATION WALK
Peru, March 10-17, 2007: Los Angeles Chapter, Larry Dorr, M.D., Director
Peru, October 9-15, 2008: Maryland Chapter, Paul Khanuja, M.D.
Dominican Republic, March 25-30, 2009: Boston Chapter, Tom Thornhill, M.D.

India, January 26-February 4, 2011: Maryland Chapter, Paul Khanuja, M.D.
Little Rock, Arkansas, December 3, 2011 Operation Walk USA
Little Rock, Arkansas, December 8, 2012 Operation Walk USA
Little Rock, Arkansas, December 7, 2013 Operation Walk USA

## ACTIVITIES/COMMITTEES

Arkansas Specialty Orthopaedics
    President and Managing Partner, 1998-2009

Southern Orthopaedic Association
    President, July 2009-2010
    Secretary/ Vice President, 2007-2008
    Board of Directors, 2002-present
    Chairman, Sponsorship Committee, 2002-present
    Membership Committee, 2002-present

Mid-America Orthopaedic Association
    President, 2017-2018
    First Vice-President, 2016-2017

Arkansas Orthopaedic Society
    President, 2011-2013
    Vice-President, 2009-2011
    Secretary/Treasurer, 2008-2009

Society for Arthritic Joint Surgery
    President, 2009
    First Vice President, 2008-2009
    Second Vice President, 2007-2008
    Board of Directors, 2007

American Association of Hip and Knee Surgeons
    Industry and Technology Committee, 1988
    Research Committee, 2001–present
    Program Committee, 2003
    Director, Audience Response System, 2003, 2004
    Nominating Committee, 2011
    Treasurer, 2016-present
    3rd Vice President, 2016-present

Association of Bone and Joint Surgeons
    Chairman, Endowment Fund

St. Vincent Infirmary Medical Center
    Board of Directors, 1997–2010
    Finance Committee, 1998-present

Orthopaedic Research and Education Foundation
    Arkansas Medical Director, 1995-present
    Shands Circle Member, 1995-present
    Order of Merit Member, 1992-present
    Industry Relations Committee, 2002-present

St. Vincent Infirmary Physician Hospital Organization (PHO)
    President, 1997-present
    Board Member, 1995-present

Physician Services Committee, 1994-1995
Secretary, 1996-1997

Arkansas Arthritis Foundation
Board of Directors, 2000-present
Medical Advisory Board, 1995-present

Foundation for Musculoskeletal Research and Education
Founder, Board Member, Medical Director, 1995-2009

HipKnee Arkansas Foundation
Founder, Board Member, Medical Director, 2010-present

Arkansas Orthopaedic Network
Founder and Incorporating President
President, 1996-present

Southern Medical Association
Member, Coordination Committee on Administration, 1994-1995
Member, Committee on Employee's Pension Plan & Personnel, 1989-1994
Member, Insurance and Employee Benefit Committee, 1990-1991
Arkansas Associate Counselor, 1988-1991
Member, Young Physicians Committee, 1988-1989
Chairman of Young Physicians Committee, 1989-1990

Arkansas Specialty Orthopaedic Center
Chairman of the Board, 1998-2009

North River Surgery Center
President/Medical Director, 1997-1998

Novasys Health Network
Board member, 2004-2006

HealthSource/CIGNA
Board Member, 1997-1998

Institute for Healthcare Quality
Orthopaedic Consultant, 1996-2000

Veritech, Inc.
Orthopaedic Advisory Committee, 1996-present

InLight, Inc.
Orthopaedic Advisory Committee, 1998-present

Health Advantage
Medical Management Committee, 1996-1998

**CURRENT HOSPITAL AFFILIATIONS**
St. Vincent Infirmary Medical Center
Active. Department of Surgery: Specialty, Orthopaedics

University Hospital, University of Arkansas for Medical Sciences
Active. Dept of Orthopaedic Surgery

Arkansas Specialty Orthopaedic Center
      Active. Department of Surgery: Specialty, Orthopaedics

Baptist Medical Center
      Consulting. Department of Surgery: Specialty, Orthopaedics

Baptist Health/Baptist Memorial Medical Center, North Little Rock
      Consulting. Department of Surgery: Specialty, Orthopaedics

Baptist Health Medical Center/Heber Springs
      Consulting. Department of Surgery: Specialty, Orthopaedics

St. Vincent Medical Center/Sherwood
      Consulting. Department of Surgery: Specialty, Orthopaedics

**HOSPITAL COMMITTEES**
Baptist Medical Center
      Member, Blood Utilization Committee, 1996-1997

St. Vincent Infirmary
      Member, Utilization Improvement Committee, 1996-1997
      Member, Credentials Committee, 1994-2003
      Member, Orthopaedics & Rehabilitation Controls Committee, 1994-1996
      Member, Critical Care Committee, 1993-1994
      Member, Orthopaedic CQI Committee, 2000-2004

St. Vincent Doctors Hospital
      Chief, Department of Orthopaedic Surgery, 1997-1998
      Vice-Chief, Department of Orthopaedic Surgery, 1995-1997
      Member, Credentials Committee, 1995-1997
      Member, Orthopaedic Controls Committee, 1995-1997
      Member, Process Improvement Committee, 1995-1997

**EDITORIAL RESPONSIBILITIES**
The Journal of Arthroplasty
      Editorial Board, 2003-present

Journal of Southern Orthopaedics
      2002-Present

Orthopaedic Knowledge Online Journal
      Peer Reviewer, 2007-present

Clinical Orthopaedics and Related Research
      Editorial Board, 2007-present

Journal of Surgical Orthopaedic Advances
      Editorial Board, Present

**MANUSCRIPTS**

**Submitted**
Shewale, Anand R., Barnes, C. Lowry, Fischback, Lori A., Ounpyassuth, Songthip, Painter, Jacob T., Martin, Bradley C.:

Trends in the Use of Real World Treatment Strategies to Manage Incident Knee Osteoarthritis from 2007-2014. The American Journal of Orthopaedics. Submitted

Kee, James, Edwards, Paul K., Barnes, C. Lowry:
> Effect of Risk Acceptance for Bundled Care Payments on Clinical Outcomes in a High-volume Total Joint Arthroplasty Practice Following Implementation of a Standardized Clinical Pathway. Journal of Arthroplasty. Submitted

Hadden, K., Moore, T., Stephenson, J., Prince, L., & Barnes, C.L.:
> Health literacy demands of patient reported evaluation tools in orthopaedics: A mixed-methods study. Quality Management in Health Care. Submitted

Jacobs, Cale, Edwards, Paul K., Barnes, C. Lowry:
> Does a Perioperative Patient Support System Lessen Racial Differences in Hospital Readmission Following Primary Total Knee Arthroplasty? Journal of Arthroplasty. Submitted

Martin, Bradley, Shewale, Anand R., Barnes, C. Lowry,Fischbach, Lori A., Ounpraseuth, Songthip, Painter,        Jacob T.:
> Characterization of Initial Treatment Strategies Used to Manage Incident Knee Osteoarthritis. Clinical Orthopaedics and Related Research. Submitted

Martin, Bradley, Shewale, Anand R., Barnes, C. Lowry,Fischbach, Lori A., Ounpraseuth, Songthip, Painter,        Jacob T.:
> Comparative Effectiveness of Low, Moderate and High Molecular Weight Hyaluronic Acid Injections        in Delaying Time to Knee Surgery. The Journal of Arthroplasty. Submitted

Martin, Bradley, Shewale, Anand, Barnes, C. Lowry, Fischbach, Lori, Painter, Jacob, Ounpraseuth, Songthip:
> Comparative Effectiveness of Intra-Articular Hyaluronic Acid and Corticosteriod Injections on the Time to Surgical Knee Procedures. Journal of Arthoroplasty. Submitted

Barnes, C. Lowry, Hadden, Kristie B., Moore, Tina D.:
> Health Literacy Demands of Patient Reported Evaluation Tools in Orthopaedics:  A Mixed Methods Study. Current Orthopaedics and Related Research. Submitted

Wilkinson, John T., Edwards, Paul K., Levine, Mathew E., Barnes, C. Lowry:
> New Failure Mechanism of Acetabular Constrained Liner:  A Case Report. The American Journal of Orthopaedics. Submitted

Gilley, Jasen, Cooper, Kasa, Barnes, C. Lowry:
> Bilateral THA in a Patient with Fibrous Dysplasia. Arthroplasty Today. Submitted

**In Press**

Edwards, Paul K., Mears, Simon C., Barnes, C. Lowry:
> BPCI:  Everyone Wins, Including the Patient. Journal of Arthroplasty. In Press

Shnaekel, Asa, Hadden, Kristie, Barnes, C. Lowry:
> Readability of Patient Educational Materials for Total Hip and Knee Arthroplasty. Journal of Surgical Orthopaedic Advances. In Press

Jacobs, Cale, Edwards, Paul K., Barnes, C. Lowry:
> A Perioperative Patient Management Support System was Unable to Mitigate the Risk of Hospital Readmission for Total Hip Arthroplasty Patients with High American Society of Anesthesiologists Grades. Journal of Arthroplasty. In Press

Menendez, Mariano E., Greber, Eric M., Schumacher, Charles S., Barnes, C. Lowry:
  Predictors of Acute Ischemic Stroke After Total Knee Arthroplasty. Journal of Surgical
  Orthopaedic Advances. In Press

**Published**
O'Neal, Robert M., Cryer, Kipp A., Edwards, Paul K., Barnes, C. Lowry, Mears, Simon C.:
  Narcotic Use:  A Modifiable Risk Factor for Hip and Knee Arthroplasty.  Journal of Surgical
  Orthopaedic Advances. 25(4):227–233, 2016

Hadden, Kristie B., Prince, Latrina Y., Barnes, C. Lowry:
  Health Literacy and Opioid Use in Orthopaedic Patients. Journal of Surgical Orthopaedic
  Advances. 25(4):234–237, 2016

Kee, James R., Smith, Richard G., Barnes, C. Lowry:
  Recognizing and Reducing the Risk of Opioid Misuse in Orthopaedic Practice. Journal of Surgical
  Orthopaedic Advances. 25(4):238–243, 2016

Edwards, Paul K., Barnes, C. Lowry:
  Dealing with the Outliers – Physicians, Inpatient Post-Acute Care Providers, Physical Therapists,
  and Visiting Nursing Facilities. Seminars in Arthroplasty. 27 (3):  178–187, 2016

Park, Kwan J., Menendez, Mariano E., Barnes, C. Lowry:
  Perioperative Periprosthetic Fractures Associated with Primary Total Hip Arthroplasty. J
  Arthroplaty. 2017 Mar;32(3):992-995. PMID: 27866949


Couch, Cory G., Menendez, Mariano, E., Barnes, C. Lowry:
  Perioperative Risk in Patients with Epilepsy Undergoing Total Joint Arthroplasty. Journal of
  Arthroplasty. J Arthroplasty. 2016 Aug 20. [Epub ahead of print] PMID: 27720235

Park, Kwan J., Menendez, Mariano, E., Mears, Simon C., Barnes, C. Lowry:
  Patients With Multiple Myeloma Have More Complications After Surgical Treatment of Hip
  Fracture. Geriatr Orthop Surg Rehabil. 2016 Sep;7(3):158-62. PMID: 27551575

Mazoch MJ, Cooper K, Barnes CL.:
  Complications in Diabetic Patients Undergoing Revision Total Joint Arthroplasty. Current
  Orthopaedic Practice.  May/June 2016 27(3):  296–302

Hadden, Kristie, Edwards, Paul K., Connelly, Jacob O., Barnes, C. Lowry:
  Effect of Total Joint Arthroplasty Surgical Day of the Week on Length of Stay and Readmissions:
  A Clinical Pathway Approach. J Arthroplasty. 2016 Dec;31(12):2726-2729. PMID: 27378632

Park, Kwan J., Couch, Cory G., Edwards, Paul K., Mears, Simon C., Barnes, C. Lowry:
  Tranexamic Acid Reduces Blood Transfusions in Revision Total Hip Arthroplasty. J Arthroplasty.
  2016 Dec;31(12):2850-2855. PMID: 27426220

Menendez, Mariano E., Lu, Na, Huybrechts, Krista F., Ring, David, Ladha, Karim, Barnes, C. Lowry,
Bateman, Brian T.:
  Variation in Use of Blood Transfusion in Primary Total Hip and Knee Arthroplasty.J Arthroplasty.
  2016 Dec;31(12):2757-2763. PMID: 27325367

Menendez, Mariano E., Ring, David, Barnes, C. Lowry:
  Inpatient Dislocation after Primary Total Hip Arthroplasty. J Arthroplasty. 2016 Dec;31(12):2889-
  2893. PMID: 27318409

Menendez, Mariano E., Park, Kwan J., Barnes, C. Lowry:
> Early Postoperative Outcomes After Total Joint Arthroplasty in Patients with Multiple Myeloma. J Arthroplasty.2016 Aug;31(8):1645-1648. PMID: 26895818

Tait, Mark A., Petrus, Cara, Barnes, C. Lowry:
> Southern Orthopedic Association Abstract Publication Rate. J Surg Orthop Adv. 2016 Summer;25(2):86-8. PMID: 27518291

Mears, Simon C., Edwards, Paul K., Barnes, C. Lowry:
> How to Decrease Length of Hospital Stay After Total Knee Replacement. J Surg Orthop Adv. 2016 Spring;25(1):2-7. PMID: 27082881

Edwards, Paul K., Queen, Robin M., Butler, Robert J., Bolognesi, Michael P., Barnes, C. Lowry:
> Are Range of Motion Measurements Needed When Calculating the Harris Hip Score? J Arthroplasty. 2016 Apr;31(4):815-9. PMID: 26639985

Greenwald, A. Seth, Barnes, C. Lowry, Froimson, Mark I., Iorio, Richard, Murphy, Stephen B.:
> Bundled Payments Present Alternative Reimbursement Scheme for Hip and Knee Arthroplasty: Part 2. Orthopaedics Today. 2016; March

Greenwald, A. Seth, Barnes, C. Lowry, Froimson, Mark I., Iorio, Richard, Murphy, Stephen B.:
> Bundled Payments Present Alternative Reimbursement Scheme for Hip and Knee Arthroplasty: Part 1. Orthopaedics Today. 2016; February

Park, Kwan J., Bushmiaer, Marty, Barnes, C. Lowry:
> Bilateral Adrenal Hemorrhage in Total Hip and Knee Arthroplasty Patients. Arthroplasty Today. 2015;1(3): 65-68

Connelly, Jacob O., Edwards, Paul K., Mears, Simon C., Barnes C. Lowry:
> Technique for Periarticular Local Infiltrative Anesthesia Delivery using Liposomal Bupivacaine in Total Knee Arthroplasty. J Surg Orthop Adv. 2015 Winter;24(4):263-66. PMID: 26731392

Tait, Mark, Dredge, Carter, Barnes C.:
> Preoperative Patient Education for Hip and Knee Arthroplasty: Financial Benefit?. J Surg Orthop Adv. 2015 Winter;24(4):246-51. PMID: 26731389

Shnaekel, Asa, Hadden, Kristie, Barnes, C. Lowry:
> Readability of Online Patient Educational Materials on Pain Management. J Surg Orthop Adv. 2015 Winter;24(4):242-45. PMID: 26731388

Heim, Eric A., Grier, A. Jordan, Butler, Robert J., Bushmiaer, Marty, Queen, Robin M., Barnes, C. Lowry:
> Using Liposomal Bupivacaine Instead of an Epidural Can Improve Outcomes Following Total Knee Arthroplasty. J Surg Orthop Adv. 2015 Winter;24(4):230-4. PMID: 26731386

Barnes, C. Lowry:
> Editorial: Beyond the White Coat: The History of a Friendship. J Surg Orthop Adv. 2015 Winter;24(4):207-8. PMID: 26731381

Edwards, Paul K., Levine, Mathew, Cullinan, Kevin, Newbern, D. Gordon, Barnes, C. Lowry:
> Avoiding Readmissions-Support Systems Required After Discharge to Continue Rapid Recovery? J Arthroplasty. 2015 Apr;30(4):527-30. PMID: 2581340

Takemoto, Steven, Vail, Thomas P., Houman, Justin, Barnes, C. Lowry:

What Defines a High-Volume Hip or Knee Surgeon in the United States? J Surg Orthop Adv. 2015 Summer;24(2):87-90. PMID: 25988688

Butler, Robert J., Thiele, Ramon A., Barnes, C. Lowry, Bolognese, Michael P., Queen, Robin M.:
Unipedal Balance is Affected by Lower Extremity Joint Arthroplasty Procedure 1 Year Following Surgery. J Arthroplasty. 2015 Feb;30(2):286-9. PMID: 25257235

Rogers, Jason M., Patel, Kevin V., Barnes, C. Lowry:
Design Comparison: Manipulation After Total Knee Arthroplasty. J Surg Orthop Adv. 2015 Spring;24(1):47-50. PMID: 25830263

Borne, Allen T., Edwards, Paul K., Barnes, C. Lowry:
The High- Flexion Knee: The Myth Continues In Affirmation. Seminars in Arthroplasty. 25 (3): 187-190, 2014

Edwards, Paul K., Barnes, C. Lowry:
Removal of a Well-Fixed Femoral Stem: Tour de Force. Seminars in Arthroplasty. 25 (2): 187-190, 2014

Kwon, Young-Min, Fehring, Thomas K., Lombardi, Adolph V., Barnes, C. Lowry, Cabanela, Miguel E., Jacobs, Josh J.:
Risk Stratification Algorithm for Management of Patients with Dual Modular Taper Total Hip Arthroplasty: Consensus Statement of the American Association of Hip and Knee Surgeons, the American Academy of Orthopaedic Surgeons and the Hip Society. J Arthroplasty. 2014 Nov;29(11):2060-4. PMID: 25189673

Carpenter, Dylan P., Holmberg, Rebecca R., Quartulli, Marc J., Barnes, C. Lowry:
Tibial Plateau Coverage in UKA: A Comparison of Patient Specific and Off-The-Shelf Implants. J Arthroplasty. 2014 Sep;29(9):1694-8. PMID: 24768541

Nunley, Ryan M., Nam, Denis, Johnson, Staci R., Barnes, C. Lowry:
Extreme Variability in Posterior Slope of the Proximal Tibia: Measurements of 2,395 CT Scans of Patients Undergoing UKA. J Arthroplasty. 2014 Aug;29(8):1677-80. PMID: 24768545

Schmidt, Robert, Ogden, Steven, Blaha, David J., Alexander, Angelia, Fitch, David A., Barnes, C. Lowry:
Midterm Clinical and Radiographic Results of the Medial Pivot Total Knee System. Int Orthop. 2014 Dec;38(12):2495-8. PMID: 25011412

Colwell, Clifford W., Froimson, Mark I., Anseth, Scott D., Giori, Nicholas J., Hamilton, William G., Barrack, Robert L., Buehler, Knute C., Mont, Michael A., Padgett, Douglas, Pulido, Pamela A., Barnes, C. Lowry:
A Mobile Compression Device for Thrombosis Prevention In Hip and Knee Arthroplasty. J Bone Joint Surg Am. 2014 Feb 5;96(3):177-83. PMID: 24500578

Van der Ven, Alexander, Scott, Richard D., Barnes, C. Lowry:
All Polyethylene Tibial Components in Octogenarians: Survivorship, Performance and Cost. Am J Orthop. 2014 Jan;43(1):21-4. PMID: 24490181

Butler, Robert, Queen, Robin, Wilson, Becky, Stephenson, John, Barnes, C. Lowry:
The Effect of Extension Constraint Knee Bracing on Dynamic Balance, Gait Mechanics and Joint Alignment. PM R. 2014 Apr;6(4):309-15. PMID: 24080447

Abolghasemian, M., Samiezadeh, S., Sternheim, A., Bougherara, H., Barnes, C.L., Backstein, D.:
Effect of Patellar Thickness on Knee Flexion in Total Knee Arthroplasty: A Biomechanical and Experimental Study. J Arthroplasty. 2014 Jan;29(1):80-4. PMID: 23891057

Abraham, John, Azzam, Khalid, Barnes, C. Lowry, et al:
   Wound Management. J Arthroplasty. 2014 Feb;29(2 Suppl):84-92. PMID: 24342276

Barnes, C. Lowry, Lincoln, Daniel, Wilson, Becky:
   The EIUS Unicompartmental Knee Design: Early Failure in Elderly Patients. J Knee Surg. 2013 Oct;26(5):327-31. PMID: 23359397

Tait, Mark A., Newbern, Gordon D., Alexander, Albert S., Barnes, C. Lowry:
   Rosenburg Versus 20/10 Views in Osteoarthritic Knees. J Knee Surg. 2013 Oct;26(5):343-5. PMID:
   23393052

Barnes, C. Lowry, Lincoln, Daniel, Wilson, Becky, Bushmiaer, Marty:
   Knee Manipulation after Total Knee Arthroplasty: Comparison of Two Implant Designs. J Surg Orthop Adv. 2013 Summer;22(2):157-9. PMID: 23628570

Queen, Robin M., Butler, Robert J., Dai, Boyi, Barnes, C. Lowry:
   Difference in Peak Weight Transfer and Timing based on Golf Handicap. J Strength Cond Res. 2013 Sep;27(9):2481-6. PMID: 23222089

Schroer, William C., Berend, Keith R., Lombardi, Adolph V., Barnes, C. Lowry, Bolognesi, Michael P., Berend, Michael E., Ritter, Merrill A., Nunley, Ryan M.:
   Why Are Total Knees Failing Today? Etiology of Total Knee Revision in 2010 and 2011. J Arthroplasty. 2013 Sep;28(8 Suppl):116-9. PMID: 23954423

Barnes, C. Lowry, Vail, Thomas P., Takemoto, Steven K.:
   Where Do Knee Revisions for Infection, Fracture, and Other Revisions Get Treated?. J Arthroplasty. 2013 Mar;28(3):423-8. PMID: 23433254

Schroer WC, Barnes CL, Diesfeld P, Lemarr A, Ingrassia R, Morton DJ, Reedy M:
   The Oxford Unicompartmental Knee Fails at a High Rate in a High-volume Knee Practice. Clin Orthop Relat Res. 2013 Nov;471(11):3533-9. PMID: 23907606

Barnes, C. Lowry, Blaha, J. David, DeBoer, David, Stemniski, Paul, Obert, Richard, Carroll, Michael:
   Assessment of a Medial-Pivot TKR Design in a Cadaveric Knee Extension Test Model. J Arthroplasty. 2012 Sep;27(8):1460-1468. PMID: 22906409

Barnes, C. Lowry:
   The Health Care Burden and Financial Cost of Surgical Site Infections. Am J Orthop (Belle Mead NJ). 2011 Dec;40(12 Suppl):2-5. Review. PMID: 22268012

Barnes, C. Lowry, Wilson, Becky, Rankin, Heather:
   Long Term Results of an Unloader Brace in a Group of Patients with Unicompartmental Knee Osteoarthritis. Orthopedics. 2011 Aug 8;34(8):e334-7. PMID: 21815572

Barnes, C. Lowry, Sharma, Adrija, Blaha, J. David, Nambu, Satya N., Carroll, Michael E.:
   Kneeling is Safe for Patients Implanted with Medial Pivot Total Knee Arthroplasty Designs. J Arthroplasty. 2011 Jun;26(4):549-54. PMID: 20541359

Barnes, C. Lowry, Iwaki, Hiroyoshi, Minoda, Yukihide, Green, John M., Obert, Richard M.:
   Analysis of Sex and Race and the Size and Shape of the Distal Femur Using Virtual Surgery and Archived CT Images. J Surg Orthop Adv. 2010 Winter;19(4):200-8. PMID: 21244806

Markel, David C., York, Sally, Liston, Michael J., Flynn, Jeffrey C., Barnes, C. Lowry, Davis, Charles, AAHKS Research Committee:

Venous Thromboembolism:  Management by American Association of Hip and Knee Surgeons. J Arthroplasty. 2010 Jan;25(1):3-9.e1-2. PMID:  19837560

Kolisek, Frank R., Jessup, Nenette, McGrath, Mike S., Seyler, Thorsten M., Mont, Michael A., Barnes, C. Lowry:
Posterior-Stabilized versus Posterior Cruciate Ligament-Retaining Total Knee Arthroplasty. Iowa Orthop J. 2009;29:23-7. PMID:  19742081

Lieberman JR, Barnes CL, Lachiewicz PF, Hanssen AD, Clarke HD, Pellegrini VD Jr.:
Venous Thromboembolism Debate in Joint Arthroplasty. J Bone Joint Surg Am. 2009 Aug;91 Suppl 5:29-32. PMID:  19648620

Fehring TK, Barnes CL.:
Component implantation. J Bone Joint Surg Am. 2009 Aug;91 Suppl 5:13-4. PMID:  19648614

Hughes MM, Gordon Newbern D, Lowry Barnes C.:
Volume and length of stay in a total joint replacement program. J Surg Orthop Adv. 2009 Winter;18(4):195-9. PMID:  19995499

Barrack, Robert L., Barnes, C. Lowry, Burnett, R. Stephen J., Miller, Derek, Clohisy, John C., Maloney, William J.:
Minimal Incision Surgery as a Risk Factor for Early Failure of Total Knee Arthroplasty. J Arthroplasty. 2009 Jun;24(4):489-98. PMID:  19339153

Barnes, C. Lowry, DeBoer, David K., Carroll, Michael E., Obert, Richard M., Nambu, Satya N.:
Wear Performance of Large Diameter Differential Hardness Hip Bearings. J Arthroplasty. 2008 Sep;23(6 Suppl 1):56-60. PMID:  18722303

Barnes, C.L., Nambu, S., Carroll, M., Timmerman, I., Svarczkopf, T.:
Differential Hardness Bearings in Hip Arthroplasty.  J Surg Orthop Adv. 2008 Spring;17(1):40-4. PMID:  18284903

Barnes, C.L., Jinnah, R.H.:
Editorial. Journal of Surgical Orthopaedic Advances: 17: 1, 2008.

Phillips, B.C., Barnes, C.L.:
MIIG HV Case Analysis. J Surg Orthop Adv. 2008 Spring;17(1):58-61. PMID:  18284906

Ungers, L.J., Vendrely, T.G., Barnes, C.L.:
Control of Methyl Methacrylate During the Preparation of Orthopedic Bone Cements.  J Occup Environ Hyg. 2007 Apr;4(4):272-80. PMID:  17365499

Kolisek, F.R., Barnes, C.L.:
Scorpio Posterior-Stabilized Knee System:  5-Year Clinical and Functional Results.  J Arthroplasty. 2006 Dec;21(8):1187-92. PMID:  17162180

Barnes, C.L., Mesko, J.W., Teeny, S.M., York, S.C.:
Treatment of Medial Compartment Arthritis of the Knee:  A Survey of the American Association of Hip and Knee Surgeons.  J Arthroplasty. 2006 Oct;21(7):950-6. PMID:  17027536

Barnes, C.L., Cawley, P.W., Hederman B.:
Effect of CounterForce brace on symptomatic relief in a group of patients with symptomatic uni-compartmental osteoarthritis: a prospective 2-year investigation.  Am J Orthop (Belle Mead NJ). 2002 Jul;31(7):396-401. PMID:  12180625

Barnes, C.L., Scott, R.D.:

Indikation–OP-Technik-Ergebnisse: In Praxis der Knieendoprothetik. Eulert J and Hassenpflug J. editors. Springer:97-100, 2000.

Barnes, C.L., Sledge, C.B:
Total hip and knee replacement for rheumatoid arthritis. Bombay Hospital Journal 38:518-522, 1996.

Barnes, C.L., Scott, R.D.:
Uncompartmental knee arthroplasty. Bombay Hospital Journal 38:486-491, 1996.

Blasier, R.D., Barnes, C.L.:
Age as a prognostic factor in open tibial fractures in children. Clin Orthop Relat Res. 1996 Oct;(331):261-4. PMID: 8895648

Barnes, C.L., Scott, R.D.:
Popliteus tendon dysfunction following total knee arthroplasty. J Arthroplasty. 1995 Aug;10(4):543-5. PMID: 8523017

Barnes, C.L., Berry, D.J., Sledge, C.B.:
Dislocation after bipolar hemiarthroplasty of the hip. J Arthroplasty. 1995 Oct;10(5):667-9. PMID: 9273380

Barnes, C.L., Shortkroff, S., Wilson, M.G., Sledge, C.B.:
Intra-articular radiation treatment of rheumatoid synovitis of the ankle with dysprosium-165 ferric hydroxide macroaggregates. Foot Ankle Int. 1994 Jun;15(6):306-10. PMID: 8075761

Berry, D.J., Barnes, C.L., Scott, R.D., Cabanella, M., Ross, R.:
Catastrophic failure of the polyethylene liner of uncemented acetabular components. J Bone Joint Surg Br. 1994 Jul;76(4):575-8. PMID: 8027143

Nokes, S.R., Barnes, C.L., Collins, D.N.:
Ganglion cyst with supra-scapular nerve entrapment. Journal of the Arkansas Medical Society, 90: 335-336, 1993.

Barnes, C.L., Scott, R.D.:
Uncompartmental knee arthroplasty. Instructional Course Lectures, Vol. 42:309-314, 1993.

Barnes, C.L., Scott, R.D.:
Patellofemoral complications of total knee replacement. Instructional Course Lectures, Vol. 41, 1992; 42:303-308, 1993.

Barnes, C.L., Shortkroff, S., Sledge, C.B.:
Radiation synovectomy using dysprosium - 165 ferric hydroxide macroaggregates: A review. Rheumatology Review

Boyd, A.D., Thornhill, T.S., Barnes, C.L.:
Fractures adjacent to humeral prostheses. J Bone Joint Surg Am. 1992 Dec;74(10):1498-504. PMID: 1469009

Johnson, L.S., Yanch, J.C., Shortkroff, S., Barnes, C.L., Spitzer, A.I., and Sledge, C.B.:
Beta-particle dosimetry in radiation synovectomy. Eur J Nucl Med. 1995 Sep;22(9):977-88. PMID: 7588952

Barnes, C.L., Frazier, G.T., Hixson, M.L.:
Bilateral congenital fusion of the scaphoid and trapezium in identical twins. Orthopedics. 1992 Jun;15(6):739-41. PMID: 1608867

Collins, D.N., Barnes, C.L., Nelson, C.L., McAndrew, M.P., McCowan, T.C., Carver, D.K., Ferris, E.J.:
Vena caval filter use in orthopaedic trauma patients with recognized preoperative venous
thromboembolic disease. J Orthop Trauma. 1992;6(2):135-8. PMID: 1602331

Barnes, C.L., Shortkroff, S., Sledge, C.B.:
Radiation synovectomy after total knee replacement for pigmented villonodular synovitis with
degenerative arthritis. Journal of Orthopaedic Rheumatology, 5:141-144, 1992.

Collins, D.N., Barnes, C.L., Fitzrandolph, R.L.:
Cervical spine instability in rheumatoid patients having total hip or knee arthroplasty.
Clin Orthop Relat Res. 1991 Nov;(272):127-35. PMID: 1934722

Barnes, C.L., Blasier, R.D., Dodge, B.M.:
Intravenous regional anesthesia: A safe and cost-effective outpatient anesthetic for upper
extremity fracture treatment in children. J Pediatr Orthop. 1991 Nov-Dec;11(6):717-20. PMID:
1960193

Barnes, C.L., Nelson, C.L., Nix, M.L., McGowan, T.C., Lavender, R.C., Barnes, R.W.:
Duplex scanning versus venography as a screening examination in total hip arthroplasty patients.
Clin Orthop Relat Res. 1991 Oct;(271):180-9. PMID: 1914293

Barnes, C.L., Collins, D.N., Nelson, C.L.:
Cup arthroplasty, surface replacement arthroplasty, and femoral head resurfacing for
osteonecrosis.
Semin Arthroplasty. 1991 Jul;2(3):222-7. Review. PMID: 10149659

Barnes, C.L., Nelson, C.L., McGowan, T.C.:
Preoperative venography. A risk factor for postoperative deep venous thrombosis in hip
arthroplasty patients? Orthop Rev. 1991 Sep;20(9):763-6. PMID: 1945512

Walker, C.W., Adams, B.D., Barnes, C.L., Fitzrandolph, R.L.:
Case report 667. Fibrolipomatous hamartoma of the median nerve. Skeletal Radiol.
1991;20(3):237-9. PMID: 2057803

Barnes, C.L., Nix, M.L., Lavender, R.C., Nelson, C.L.:
Duplex scanning in orthopaedic patients. Contemp Orthop. 1991 Mar;22(3):283-6. Review.
PMID: 10147553

Garvin, K.L., McCarthy, R.E., Barnes, C.L., Dodge, B.M.:
Pediatric pelvic ring fractures. J Pediatr Orthop. 1990 Sep-Oct;10(5):577-82. PMID: 2394809

Roberts, T.S., Nelson, C.L., Barnes, C.L., Ferris, E.J., Holder, J.C., Boone, D.W.:
The preoperative prevalence and postoperative incidence of thromboembolism in patients with
hip fractures treated with dextran prophylaxis. Clin Orthop Relat Res. 1990 Jun;(255):198-203.
PMID: 1693325

Nelson, C.L., Barnes, C.L.:
Removal of bone cement from the femoral shaft using a femoral windowing device. J
Arthroplasty. 1990 Mar;5(1):67-9. PMID: 2319251

Gorman, P.W., Barnes, C.L., Fischer, T.J., McAndrew, M.P., Moore, M.M.:
Soft tissue reconstruction in severe lower extremity trauma: A review. Clin Orthop Relat Res.
1989 Jun;(243):57-64. Review. PMID: 2656033

Roberts, T.S., Nelson, C.L., Barnes, C.L., Ferris, E.H., Boone, D.W., Holder, J.L.:

Low dose dextran-40 in reconstructive hip surgery patients. Orthopedics. 1989 Jun;12(6):797-801.

PMID: 2472629

Lavender, R.C., Barnes, C.L., Golden, W.E.:
Letter to the editor. Journal of Bone and Joint Surgery, 71(A):311, 1989.

Barnes, RW, Nix, ML, Barnes, CL, Lavender, RC, Golden, WE, Harmon, BH, Ferris, EJ, Nelson, CL:
Perioperative asymptomatic venous thrombosis: Role of duplex scanning versus venography. J Vasc Surg. 1989 Feb;9(2):251-60. PMID: 2645442

Barnes, C.L., McCarthy, R.E., Vander Schilden, J.L., McConnel, J.R., Nusbickel, F.R.:
Discoid lateral meniscus in a young child: Case report and review of the literature. J Pediatr Orthop. 1988 Nov-Dec;8(6):707-9. PMID: 3056974

Pasley, N.J., Barnes, C.L., Rayford, P.L.:
Circadian rhythms of serum gastrin and plasma cholecystokinin in rodents. Prog Clin Biol Res. 1987;227A:371-8. PMID: 3601972

**CHAPTER PUBLICATIONS**

Greber, Eric M., Edwards, Paul K., Barnes, C. Lowry:
Bilateral Hip Decompression Using X-REAM and PRO-DENSE. **Osteonecrosis of the Femoral Head**. Springer. In Publication, 2017

Barnes, C.L., Scott, R.D.:
Indications for Unicompartmental Knee Arthroplasty. The Knee Joint – Surgical technique and strategies. Bonnin, M.; Amendola, N.A.; Bellemans, J.; MacDonald, S.J. and Menetrey, J., Editors. 685-687, 2011

Scott, R.D., Barnes, C.L.:
Cruciate-retaining TKA. Advanced Reconstruction. American Academy of Orthopaedic Surgeons. 2010

Barnes, C.L., Scott, R.D.:
Intra-operative Complications during TKA: How to get out of trouble. Arthritis & Arthroplasty: The Knee.   Thomas Brown, Quanjun Cui, William Mihalko, and Khaled Saleh, Editors, 2009

Barnes, C.L., Scott, R.D.:
Unicompartmental Knee Replacement. In Biologic Joint Reconstruction: Alternatives to Joint Arthroplasy. Brian Cole & Andreas Gomoll, Editors, 2009

Barnes, C.L., Scott, R.D.:
Unicondylar Replacement. Surgical Techniques in Total Knee Arthroplasty. Giles Scuderi and Alfred Tria, editors. Springer, 2002

Barnes, C.L.:
Surgical Treatment of Inflammatory Arthritis. OKU Orthopaedic Knowledge Update – Hip and knee Reconstruction 2. American Academy of Orthopaedic Surgeons:3-6, 2000

Barnes, C.L., Scott, R.D.:
Indikation–OP-Technik-Ergebnisse:  In Praxis der Knieendoprothetik. Eulert J and Hassenpflug J. editors.  Springer:97-100, 2000

Barnes, C.L., Sledge, C.B.:

Surgical management of arthritis. In Primer on the Rheumatic Diseases, Tenth Edition. Arthritis Foundation

Barnes, C.L., Sledge, C.B.:
Total knee replacement with retention of the posterior cruciate ligament. In Surgery of the Knee, Second Edition, John Insall, Editor

Barnes, C.L., and Scott, R.D.:
Unicompartmental knee replacement. In Techniques of Knee Surgery. Norman Scott, Editor

Barnes, C.L., and Thornhill, T.S.:
Patient selection and indications for total knee replacement. In Knee Arthroplasty. James Rand, Editor

## PUBLISHED ABSTRACTS

Barnes, C. Lowry, Nunley, Ryan, Petrus, Cara:
Extreme Variability in Posterior Slope of Proximal Tibia: Are We Accounting for Patients' Normal Anatomy in UKA?The Bone and Joint Journal. 95-B: Suppl 34: 11, 2013

Barnes, C. Lowry, Carpenter, Dylan:
Tibial Plateau Coverage in UKA: A Comparison of Patient Specific and Standard Implants. The Bone and Joint Journal. 95-B: Suppl 34: 259, 2013

Greber, Eric, Barnes, C. Lowry, Bushmiaer, Marty, Wilson, Rebecca, Edwards, Paul, Petrus, Cara:
Is There a role for Routine Intraoperative Cultures to Diagnose Subclinical Periprosthetic Joint Infection During Revision Total Hip and Knee Arthroplasty? The Bone and Joint Journal. 95-B: Suppl 34: 300, 2013

Barnes, C. Lowry, Edwards, Paul, Newbern, D. Gordon:
The Cost of Medicare Intermediary Denials of Hip and Knee Replacements. The Bone and Joint Journal. 95-B: Suppl 34: 301, 2013

Greber, Eric, Bushmiaer, Marty, Barnes, C. Lowry:
Is Screening for Periprosthetic Joint Infections Using ESR and CRP Per AAOS Clinical Guidelines Cost Effective? The Bone and Joint Journal. 95-B: Suppl 34: 327, 2013

Barnes, C. Lowry, Parks, Christopher, Bushmiaer, Marty:
Chromium and Cobalt Levels and Associated MARS MRI Findings in Previously Unreported Design of Chrome Cobalt Modular Neck. The Bone and Joint Journal. 95-B: Suppl 34: 477, 2013

Rogers, Jason, Barnes, C. Lowry:
Decreased Manipulation Rate with the Second Generation Medial Pivot Knee. The Bone and Joint Journal. 95-B: Suppl 34: 511, 2013

Barnes, C. Lowry, Tait, Mark:
Pre-Operative Patient Education for Hip and Knee Arthroplasty: Financial Benefit? The Bone and Joint Journal. 95-B: Suppl 34: 546, 2013

Lieberman, Jay R., Barnes, C. Lowry, Lachiewicz, Paul F., Hanssen, Arlen D., Clarke, Henry D., Pellegrini,      Vincent D.:
Venous Thromboembolism Debate in Joint Arthroplasty. Journal of Bone and Joint Surgery. 91: Suppl 5: 29-32, 2009

Fehring, Thomas K., Barnes, C. Lowry:
Component Implantation. Journal of Bone and Joint Surgery. 91: Suppl 5: 13-4, 2009

Barnes, C. Lowry:
    Early Failures of Unicompartmental Replacements.  Journal of Arthroplasty. 23: Issue 2:  324, 2009

Nelson, C.L., Barnes, C.L., Collins, D.N.:
    Hemi-surface arthroplasty for osteonecrosis.  Orthopaedic Transactions, 17:570, 1993-1994

Barnes, C.L., Berry, D.J., Sledge, C.B.:
    Dislocation following bipolar replacement.  Orthopaedic Transactions, 17:588, 1993-1994

Barnes, C.L., Shortkroff, S., Shaprio, F., Sledge, C.B.:
    The effects of a radiation synovectomy agent on the growth rate of skeletally immature rabbits. Orthopaedic Transactions, 17:860, 1993-1994

Barnes, C.L., Blasier, R.D., Dodge, B.M.:
    Bier block anesthesia in the management of forearm fractures in children.  Orthopaedic Transactions, 14:630, 1991

Barnes, C.L., Collins, D.N., Hefley, W.F., Jr., McCowan, T.C., Nelson, C.L.:
    Preoperative deep vein thrombosis: An indication for venal caval filter replacement.  Orthopaedic Transactions, 1991

Barnes, C.L., Nelson, C.L., Nix, M.L., McCowan, T.C., Lavender, R.C., Barnes, R.W.:
    Duplex scanning versus venography as screening examinations in asymptomatic total hip arthroplasty patients.  Orthopaedic Transactions, 15:7, 1991

Barnes, C.L., Collins, D.N., Nelson, C.L., McCowan, T.C., McAndrew, M.P.:
    Vena caval filter use in orthopaedic patients with recognized preoperative deep venous thrombosis.  Journal of Orthopaedic Trauma, 5:228, 1991

Barnes, C.L., Nelson, C.L., Collins, D.N., McCowan, T.C.:
    Vena caval filter use in orthopaedic patients with recognized deep venous thrombosis. Orthopaedic Transactions, 14:678, 1990

Barnes, C.L., Nelson, C.L., Nix, M.L., McCowan, T.C., Lavender, R.C., Barnes, R.W.:
    Duplex scanning versus venography as screening examinations in asymptomatic total hip arthroplasty patients.  Orthopaedic Transactions, 14:662, 1990

Collins, D.N., Barnes, C.L., McCowan, T.C., Nelson, C.L., McAndrew, M.P.:
    Vena caval filter use in patients with preoperatively recognized venous thromboembolic disease. Orthopaedic Transactions, 14:611, 1990

Aronson, J., Barnes, C.L., Selakovich, W.G.:
    Treatment of talocalcaneal coalition by resection with Gore-Tex interposition.  Orthopaedic Transactions, 14:573, 1990

Barnes, C.L., Nelson, C.L., Lavender, R.C., Puskarich, C., Smith, J.:
    Dihydroergotamine/heparin compared to dextran in prophylaxis of deep venous thrombosis in total joint arthroplasty patients.  Orthopaedic Transactions, 13:600, 1989

Barnes, C.L., Collins, D.N., Fitzrandolph, R.L.:
    The cervical spine in rheumatoid arthritic patients having total hip and knee replacement. Orthopaedic Transactions, 13:630, 1989

Barnes, C.L., Selakovich, W.G., Aronson, J.:

Treatment of talocalcaneal coalition resistant to nonoperative treatment: Resection with Gore-Tex interposition. Southern Medical Journal, 82:9,54, 1989

Pasley, J.N., Barnes, C.L., Rayford, P.L.:
Sex differences of circadian rhythm of serum gastrin in rats. Dig. Dis. Sci. 30:394, 1985

Barnes, C.L., Pasley, J.N., Rayford, P.L.:
Circadian rhythms of serum gastrin in fed and fasted female BALB/c mice. Proc. Soc. Exp. Biol. Med. 178:186, 1985

Barnes, C.L., Bushmiaer, M., Dalfiume, L.A.:
The Use of offset stems in revision total knee replacement. Southern Orthopaedic Association, Coeur D'Alene, Idaho. July 19-21, 2001

Barnes, C.L., Bushmiaer, M.K., Dalfiume, L., Hederman, B.:
Early results using a posterior stabilized, fixed axis knee replacement. Southern Orthopaedic Association, Coeur D'Alene, Idaho. July 19-21, 2001

**ORAL PRESENTATIONS**

Barnes, C.L.: So You Want to be a Successful Orhopaedic Surgeon? Visiting Professor. University of Kentucky. Lexington, KY. June 16-18, 2016

Barnes, C.L.: Alternative Payment Models in Joint Replacement. Visiting Professor. University of Kentucky. Lexington, KY. June 16-18, 2016

Barnes, C.L.: Optimizing Patients for Joint Replacement Surgery. Visiting Professor. University of Kentucky. Lexington, KY. June 16-18, 2016

Barnes, C.L.: Developing a Center of Excellence. ICJR South/RLO. Charleston, SC. May 19-21, 2016

Barnes, C.L. : Short Stay TJA : Can We, Should We? MAOA Annual Meeting. Bonita Springs, FL. April 13-17, 2016

Barnes, C.L.: Predictors of Acute Ischemic Stroke after Total Knee Arthroplasty. AAOS Annual Meeting. Orlando, FL. March 1-5, 2016

Barnes, C.L.: Rapid Recovery: Preventing Readmissions. HealthTrust University Conference & Vendor Fair. Nashville, TN. August 17-18, 2015

Barnes, C.L.: Centers of Excellence. 3rd Annual South/RLO Spring Hip & Knee Course. Charleston, SC. May 28-30, 2015

Barnes, C.L. : Bundled Payments. MAOA Practice Management Symposium. MAOA Annual Meeting. Hilton Head Island, SC. April 22-26, 2015

Barnes, C.L.: Rapid Recovery & Decreased Length of Stay for Total Joints. TX Orthopaedic Association Annual Meeting. Austin, TX. April 17-18, 2015

Barnes, C.L.: Trends in Total Joints. TX Orthopaedic Association Annual Meeting. Austin, TX. April 17-18, 2015

Barnes, C.L.: The Changing Landscape of Joint Replacement Surgery: Length of Stay, Readmissions, Bundled Care, Etc. Visiting Professor, Missouri Orthopaedic Institute. Columbia, MO. February 3-4, 2015

Barnes, C.L.: Outcomes Comparing Liposomal Bupivacaine vs. Epidural. Knee Society Annual Meeting. Charlotte, NC. October 1618, 2014

Barnes, C. L.: Change of Metals. Advances in Arthroplasty. Boston, MA. October 7-10, 2014

Barnes, C.L.: When and How do you Survey Your Patients? Advances in Arthroplasty, Boston, MA. October 7-10, 2014

Barnes, C.L.: Mobile Calf Boots in Reducing DVT and Fatal PE Following TJA. . Advances in Arthroplasty, Boston, MA. October 7-10, 2014

Barnes, C.L.: Does the Pivot Point Matter Past TKA?  Advances in Arthroplasty, Boston, MA. October 7-10, 2014

Barnes, C.L.: Personalized Medicine:  The Custom UKA. Advances in Arthroplasty, Boston, MA. October 7-10, 2014

Barnes, C.L.: Experience with Exparel and Other Topics. Clinical Orthopaedic Society Annual Meeting. Colorado Springs, CO. September 11-13, 2014

Barnes, C.L.: Extreme Variability in Posterior Slope of Proximal Tibial:  Are We Accounting for Patients' Normal Anatomy in UKA? Southern Orthopaedic Association's Annual Meeting. Beaver Creek, CO. July 16-19, 2014

Barnes, C.L.: Peri-Capsular Injection in Arthroplasty.  Southern Orthopaedic Association's Annual Meeting. Beaver Creek, CO. July 16-19, 2014

Barnes, C.L.: Centers of Excellence. ICJR South Annual Meeting. Charleston, SC. May 15-17, 2014

Barnes, C.L.: Destination Joint Center. ICJR South Annual Meeting. Charleston, SC. May 15-17, 2014

Barnes, C.L.: Extreme Variability in Posterior Slope of Proximal Tibial:  Are We Accounting for Patients' Normal Anatomy in UKA? Mid-America Orthopaedic Association Annual Meeting. San Antonio, TX. April 23-27, 2014

Barnes, C.L.: Episodic Care and Bundled Payments:  A Team Approach to Financial Success.  American Association of Hip and Knee Surgeons, Dallas, TX. November 8-10, 2013

Nunley, Ryan, Barnes, C.L., Petrus, Cara:  Extreme Variability in Posterior Slope of Proximal Tibia:  Are We Accounting for Patient's Normal Anatomy in UKA?. International Society for Technology in Arthroplasty, Palm Beach, FL. October 16-19, 2013

Barnes, C.L.:  Orthopaedic Economics-Bundled Payments. Society for Arthritic Joint Surgery, White Sulphur Springs, WV. September 25-28, 2013

Barnes, C.L.:  Modular Neck Corrosion. Society for Arthritic Joint Surgery, White Sulphur Springs, WV. September 25-28, 2013

Barnes, C.L.:  The New Joint Cocktail:  Addicted to the Juice. Music City Total Joint Symposium, Nashville, TN. September 6, 2013

Barnes, C.L.:  Unintended Consequences of Modular Neck Exchanges:  If It's Broken, Careful How You Fix It. Music City Total Joint Symposium, Nashville, TN. September 6, 2013

Barnes, C.L.:  Never Be the First or Last-The Arkansas Payment Initiative. Music City Total Joint Symposium, Nashville, TN. September 6, 2013

Barnes, C.L.: Periprosthetic Infection: An Evidence-based Approach. Southern Orthopaedic Association Annual Meeting, Palm Beach, FL. July 17-20, 2013

Butler,R. ,Bolognesi,M., Wellman,S., Barnes,C., Queen, R., Attarian, R.: Static Balance Differences One Year Following a Single Joint Arthroplasty Compared to Patients Following Multiple Joint Arthroplasties. Southern Orthopaedic Association Annual Meeting, Palm Beach, FL. July 17-20, 2013

Barnes, C.L.: The High Flexion Knee: The Myth Continues-Affirms. Current Concepts in Joint Replacement Spring Meeting, Las Vegas, NV. May 19-22, 2013

Barnes, C.L.: Getting Out the Well-Fixed Hip: A Tour de Force. Current Concepts in Joint Replacement Spring Meeting, Las Vegas, NV. May 19-22, 2013

Barnes, C.L.: Bone Loss. International Congress for Joint Replacement, Charleston, SC. May 9-11, 2013

Barnes, C.L.: Do Multiple Joint Arthroplasties Affect Unilateral Balance Ability Six Months Following Surgery in Total Hip and Total Knee Arthroplasty Patients? Mid-America Orthopaedic Association Annual Meeting, Amelia Island, FL. April 17-21, 2013

Berend, K., Lombardi, A., Schroer, W., Barnes, M., Bolognesi, M., Nunley, R., Barnes, C. Lowry,: Why Unicompartmental Knee Arthroplasty Fails. 2013 Specialty Day Meeting of The Knee Society, Chicago, IL. March 23, 2013

Schroer, William C., Berend, Keith R., Barnes, C. Lowry, Bolognesi, Michael P., Nunley, Ryan, Berend, Michael E., Lombardi, Adolph V.: Why are Total Knees Failing Today? Etiology of Total Knee Revision in 2010 and 2011. American Academy of Orthopaedic Surgeons Annual Meeting, Chicago, IL. March 19-23, 2013

Barnes, C.L.: Let's Do a Revision Total Knee Arthroplasty. American Academy of Orthopaedic Surgeons Annual Meeting, Chicago, IL. March 19-23, 2013

Barnes, C.L.,: Assembling the Orthopaedic Team. American Academy of Orthopaedic Surgeons Annual Meeting, Chicago, IL. March 19-23, 2013

Barnes, C.L.: Unilateral Balance in Total Joint Patients One Year Following Surgery. Association of Bone and Joint Surgeons Annual Meeting, Istanbul, Turkey. April 24-28, 2013

Schroer, William C., Berend, Keith R., Bolognesi, Michael P., Barnes, C. Lowry, Nunley, Ryan M., Berend, Michael E., Lombardi, Adolph V.: Why are Total Knees Failing Today? Etiology of Knee Revision in 2010 and 2011. American Association of Hip and Knee Surgeons 22nd Annual Meeting, Dallas, TX. November 2-4, 2012

Barnes, C.L.: Effect of Patellar Thickness on Knee Flexion During Total Knee Arthroplasty: A Cadaveric Study. Canadian Arthroplasty Society, London, Ontario. November 15-16, 2012

Barnes, C.L.: Total Knee Arthroplasty Design; Is There a Clear Advantage?: Medial Pivot. Cleveland Clinic Update in Joint Reconstruction Surgery, Ft. Lauderdale, FL. October 19-21, 2012

Barnes, C.L.: Hip Arthroplasty; Selecting an Approach: Lateral/Anterolateral. Cleveland Clinic Update in Joint Reconstruction Surgery, Ft. Lauderdale, FL. October 19-21, 2012

Barnes, C.L.: Controversies in Total Hip Arthroplasty: Modularity in Total Hip Arthroplasty. Cleveland Clinic Update in Joint Reconstruction Surgery, Ft. Lauderdale, FL. October 19-21, 2012

Barnes, C.L.: Does an Extension Constraint Brace Reduce Knee Motion?. Southern Orthopaedic Association Annual Meeting, Greenbrier, WV. July 18-22, 2012

Barnes, C.L.: Effect of Patellar Thickness on Knee Flexion During Total Knee Arthroplasty: a Cadaveric Study. Canadian Orthopaedic Association Annual Meeting, Ottawa, ON. June 8-10, 2012

Barnes, C.L.: Where do Infections, Periprosthetic Fractures and Revisions Get Treated?. Association of Bone and Joint Surgeons Annual Meeting, Charleston, SC. May 2-6, 2012

Barnes, C.L.: What are the Trends for Complex Joint Replacement Surgery? Mid-America Orthopaedic Association Annual Meeting, Bonita Springs, FL. April 18-22, 2012

Barnes, C.L.: How has Age and Comorbidity Burden in Joint Replacement Patients Changed? Mid-America Orthopaedic Association Annual Meeting, Bonita Springs, FL. April 18-22, 2012

Barnes, C.L.: Pre-Op "Planning", Day of Surgery, Hospital Stay, and Discharge Planning. ICJR 3rd Annual Spring Hip & Knee Course, Kiawah, SC. April 13-14, 2012

Barnes, C.L.: Non-Operative Treatment of OA. ICJR 3rd Annual Spring Hip & Knee Course, Kiawah, SC. April 13-14, 2012

Barnes, C.L.: Pre-Op "Planning", Day of Surgery, Hospital Stay, and Discharge Planning. ICJR 2nd Annual Advances in Orthopaedic Trauma and Arthroplasty. Miami, Fl. March 8-10, 2012

Barnes, C.L.: The All-Polyethylene Tibial Componet in Octogenarians. AAOS Annual Meeting, San Francisco, CA. February 7-11, 2012

Barnes, C.L.: Post- Op Care. Advances in Orthopaedic Trauma and Arthroplasty, Miami, FL. December 1 – 3, 2011

Barnes, C.L.: Knee Design: What is Next?. Advances in Orthopaedic Trauma and Arthroplasty, Miami, FL. December 1 – 3, 2011

Barnes, C.L.: Nonarthroplasty Management of the Painful Hip. AAHKS Orthopaedic Team Member Course, Dallas, TX. November 4, 2011

Barnes, C.L.: The Painful TKA. AAHKS Orthopaedic Team Member Course, Dallas, TX. November 4, 2011

Barnes, C.L.: From Pre-op to Follow-up: Multimodal Strategies for Pain and Practice Management. AAOS Annual Meeting, San Diego, CA. February 15-19, 2011

Barnes, C.L.: The Effects of Material Selection on the Endurance Strength of Modular Necks. Southern Orthopaedic Association, 27th Annual Meeting, Fajardo, Puerto Rico. June 17-19, 2010

Barnes, C.L.: Clinical Results in Modularity. Latin American Symposium, Miami, Florida. May 21-22, 2010

Barnes, C.L.: ADVANCE Tips and Tricks. Latin American Symposium, Miami, Florida. May 21-22, 2010

Barnes, C.L.: Complications in THR; Femoral Deficiency. International Congress for Joint Reconstruction Spring Hip and Knee Course, Kiawah Island, South Carolina. April 16-18, 2010

Barnes, C.L.: Practive Management Pearls and Pitfalls. International Congress for Joint Reconstruction Spring Hip and Knee Course, Kiawah Island, South Carolina. April 16-18, 2010

Barnes, C.L.: DVT Debate in Joint Arthroplasty; CHEST Surgeon Guidelines. International Congress for Joint Reconstruction, Park City, Utah. January 26-30, 2010

Barnes, C.L.: Femoral Component Implantation: Video Vignettes; Do Fixation Surfaces Matter on the Femoral Component? International Congress for Joint Reconstruction, Park City, Utah. January 26-30, 2010

Barnes, C.L.: Revision THR: Surgical Technique Video Vignettes; Implant Removal: Femoral Component. International Congress for Joint Reconstruction, Park City, Utah. January 26-30, 2010

Barnes, C.L., Hodge, Jonette: Active and Passive Range of Motion Measured in Patients with a Medially Biased Total Knee Prosthesis. Southern Orthopaedic Association, 26th Annual Meeting, Amelia Island, Florida. July 15  18, 2009

Barnes, C.L.: Inter and Intra Observer Variability of Pre-Op Navigation – A Cadaveric Validation Study. Southern Orthopaedic Association, 26th Annual Meeting, Amelia Island, Florida. July 15-18, 2009

Barnes, C.L.: Kinematic Comparison of Normal and Replaced Knees in an Open-Chain Isometric Extension Model. Mid-America Orthopaedic Association Annual Meeting, Amelia Island, Florida. April 22-26, 2009

Barnes, C.Lowry, Lincoln, Daniel, Brewer, Becky: Prospective Evaluation of EIUS Unicompartmental Replacement: The Early Failures. Mid-America Orthopaedic Association Annual Meeting, Amelia Island, Florida. April 22-26, 2009

Blaha, J. David, DeBoer, David, Barnes, C.Lowry, Obert, Richard, Stemniski, Paul, Carroll, Mike: Kinematics of Isometric Extension in Normal, ACL-, and PCL-Deficient Knees. Mid-America Orthopaedic Association Annual Meeting, Amelia Island, Florida. April 22-26, 2009

DeBoer, David K., Barnes, C.Lowry, Blaha, J. David, Pennenberg, Brad L., Obert, Richard, Stemniski, Paul: Intra Observer Variability of Pre-Op Navigation – A Cadaveric Validation Study. Mid-America Orthopaedic Association Annual Meeting, Amelia Island, Florida. April 22-26, 2009

DeBoer, David K., Barnes, C.Lowry, Blaha, J. David, Pennenberg, Brad L., Obert, Richard, Stemniski, Paul: Pre- and Postoperative Alignment Using an Alternative Navigation Method. Mid-America Orthopaedic Association Annual Meeting, Amelia Island, Florida. April 22-26, 2009

Blaha, J. David, DeBoer, David, Barnes, C.Lowry, Obert, Richard, Namabu, Satya, Stemniski, Paul, Carroll, Michael: Anatomic Axes do not Accurately Predict the Kinematic Flexion Axis of the Knee. The Association of Bone and Joint Surgeons Annual Meeting, Maui, Hawaii. May 13-17, 2009

Barnes, C. Lowry: Inter- and Intra- Observer Variability of Pre-Op Navigation – A Cadaveric Validation Study. The Association of Bone and Joint Surgeons Annual Meeting, Maui, Hawaii. May 13-17, 2009

Barnes, C.L.: Minimal Incision Surgery As A Risk Factor For Early Failure Of Total Knee Arthroplasty. AAOS Annual Meeting, Las Vegas, NV. February 25-28, 2009

Barnes, C.L., Blaha, David J., DeBoer, David, Obert, Rich, Stemniski, Paul, Carroll, Mike: Open Chain Kinematics of Normal Knees: A Cadaveric Model. The Association of Bone and Joint Surgeons Annual Meeting, Jackson Hole, Wyoming. June 14-16, 2008

Barnes, C.L.: Evidence Based Data for Stem Selection. International Congress for Joint Reconstruction Annual Meeting, Orlando, FL. December 11-13, 2008

Barnes, C.L.:  Chest Surgeon Guidelines. International Congress for Joint Reconstruction Annual Meeting, Orlando, FL. December 11-13, 2008

Barnes, C.L.:  Metal Ion Levels in Hip Implant Patients Having Bearings with and without Differential Hardness. Southern Orthopaedic Association, 25th Annual Meeting, Hot Springs, Virginia.  June 11-15, 2008

Barnes, C.L.:  Minimum 5 Year Results of the ADVANCE Medial -Pivot.  Southern Orthopaedic Association, 25th Annual Meeting, Hot Springs, Virginia.  June 11-15, 2008

Barnes, C.L.:  Mid-Term Clinical Results of Medial Pivot Total Knee Arthroplasty.  Southern Orthopaedic Association, 25th Annual Meeting, Hot Springs, Virginia.  June 11-15, 2008

Barnes, C.L.:  Pitfalls of Minimally Invasive TKR.  Southern Orthopaedic Association, 25th Annual Meeting, Hot Springs, Virginia.  June 11-15, 2008

Barnes, C.L.:  Wear Performance of Large Diameter Differential Hardness Hip Bearings.  Southern Orthopaedic Association, 25th Annual Meeting, Hot Springs, Virginia.  June 11-15, 2008

Barnes, C.L.:  Distal Femoral Sizing Comparisons Using Computed Tomography Archive.  Southern Orthopaedic Association, 25th Annual Meeting, Hot Springs, Virginia.  June 11-15, 2008

Barnes, C.L.:  Metal Ion Levels in Hip Implant Patients Having Bearings with and without Differential Hardness.  Texas Orthopaedic Association Annual Meeting, San Antonio, Texas.  May 22-24, 2008

Barnes, C.L.:  Metal Ion Levels in Hip Implant Patients Having Bearings with and without Differential Hardness.  Mid-America Orthopaedic Association 26th Annual Meeting, ChampionsGate, Florida. April 16-20, 2008

Miller, Derek, Barnes, C.L., Burnett, R. Stephen J., Clohisy, John C., Maloney, William J., Barrack, Robert L.:  Minimal Incision Surgery as a Risk Factor for Early Failure of Total Knee Arthroplasty.  Mid-America Orthopaedic Association 26th Annual Meeting, ChampionsGate, Florida. April 16-20, 2008

Barnes, C.L.:  Advances in Alternate Bearing Surfaces for Total Hip Replacement.  AAOS Annual Meeting, San Francisco, California.  March 5-6, 2008

Barnes, C.L.:  Wear Performances of Large Diameter Differential Hardness Hip Bearings.  AAHKS 17th Annual Meeting, Dallas, Texas.  November 2-4, 2007

Barnes, C.L.:  Wear Performances of Large Diameter Differential Hardness Hip Bearings.  Mid-America Orthopaedic Association 25th Annual Meeting, Boca Raton, Florida.  April 11-15, 2007

Barnes, C.L.:  The Business Side of Orthopaedics, Market Place Issues.  Stryker, Howmedica Osteonics, OrthoFutures Resident Program, Baltimore, Maryland.  May 7-8, 2004

Barnes, C.L.:  The Business Side of Orthopaedics, Market Place Issues.  Stryker Howmedica Osteonics, OrthoFutures Resident Program, Chicago, Illinois.  June 5-6, 2003

Barnes, C.L.:  The Business Side of Orthopaedics, Market Place Issues.  Stryker Howmedica Osteonics, OrthoFutures Resident Program, Columbus, Ohio.  March 7-8, 2003

Barnes, C.L.:  Early results using a posterior stabilized, fixed axis, knee replacement. SOA's 18th Annual meeting, Coeur d'Alene, Iowa.  July 19-21, 2001

Barnes, C.L.: The use of offset stems in revision total knee replacement. SOA's 18th Annual meeting, Coeur
      d'Alene, IA. July 19-21, 2001

Barnes, C.L.: The Surgical Treatment of Arthritis. Second Annual Drug Update, University of Arkansas for
      Medical Science, Little Rock, Arkansas. October 3, 1998

Barnes, C.L.: Challenges and management strategies in hip and knee Reconstruction. Education Design, Westin Hilton Head, South Carolina. May 2, 1998

Barnes, C.L.: Controversies in joint replacement. West Virginia University School of Medicine, Department
      of Orthopaedics, Durango, Colorado. July 25-27, 1996

Barnes, C.L.: Surgical approaches and component removal. Surgical approaches to complex primary and
      revision knee surgery. Education design, Birmingham, Alabama. October 14, 1994

Barnes, C.L.: Current concepts in revision total hip arthroplasty. Second Annual Oregon hip and knee arthroplasty meeting, Portland, Oregon. September 16, 1994

Barnes, C.L., Blasier, R.D.: Open tibia fractures in children. Western Orthopaedic Association, Tucson, Arizona. October 23, 1991

Barnes, C.L., Nelson, C.L., Nix, M.L.: Duplex scanning versus venography as screening examination in asymptomatic total hip arthroplasty patient. American Orthopaedic Association Annual Meeting, West Palm Beach, Florida. June 11, 1991

Barnes, C.L., Blasier, R.D., Dodge, B.M.: Bier block anesthesia in the management of forearm fractures in children. American Orthopaedic Association 1991 Resident's Conference, Kansas City, Kansas. April 12, 1991

Barnes, C.L., Blasier, R.D., Dodge, B.M.: Intravenous regional anesthesia: A safe and cost-effective outpatient anesthetic for upper extremity fracture treatment in children. Arkansas Orthopaedic Forum, Little Rock, Arkansas. November 20, 1990

Barnes, C.L., Collins, D.N., Nelson, C.L., McCowan, T.C., McAndrew, M.P.: Vena caval filter use in orthopaedic patients with recognized pre-operative deep venous thrombosis. Orthopaedic Trauma Association. November 9, 1990

Barnes, C.L., Nelson, C.L., Nix, M.L., McCowan, T.C., Lavender, R.C., Barnes, R.W.: Duplex scanning versus venography as screening examinations in asymptomatic total hip arthroplasty patients. Smith and Nephew-Richards, 8th Annual Orthopaedic Resident's Conference. August 25, 1990

Barnes, C.L., Nelson, C.L., Collins, D.N., McCowan, T.C.: Vena caval filter use in orthopaedic patients with
      recognized pre-operative deep venous thrombosis. Mid-America Orthopaedic Association Annual Meeting, Point Clear, Alabama. March 30, 1990

Barnes, C.L., Nelson, C.L., Ferris, E.J., Nix, M.L., Lavender, R.C., Barnes, R.W.: The use of duplex imaging
      for the detection of venous thrombosis in total joint replacement patients. Mid-America Orthopaedic Association Annual Meeting, Point Clear, Alabama. March 28, 1990

Barnes, C.L., Hefley, W.F., Nelson, C.L., McCowan, T.C.: Pre-operative deep vein thrombosis: An indication
>   for vena caval filter placement.  American Orthopaedic Association 1990 Residents' Conference.  March 15, 1990

Barnes, C.L., Nelson, C.L., Nix, M.L., McCown, T.C., Barnes, R.W.:  Duplex scanning versus venography as
>   screening examination in total hip arthroplasty patients.  American Orthopaedic Association 1990 Residents' Conference.  March 15, 1990

Collins, D.N., Barnes, C.L., McAndrew, M.P., McCowan, T.C., Nelson, C.L.: Vena caval filter use in
>   orthopaedic patients with recognized pre-operative deep venous thrombosis.  American Academy of Orthopaedic Surgeons Annual Meeting, New Orleans, Louisiana.  February 12, 1990

Barnes, C.L., Aronson, J., Selakovich, W.G.: Treatment of talocalcaneal coalition resistance to nonoperative
>   treatment: Resection with Gore-Tex interposition.  American Academy of Orthopaedic Surgeons Annual Meeting, New Orleans, Louisiana.  February 9, 1990

Barnes, C.L., Aronson, J., Selakovich, W.G.: Treatment of talocalcaneal coalition resistant to nonoperative
>   treatment:  Resection with Gore-Tex interposition.  Southern Orthopaedic Residents and Fellows Conference, Southern Medical Association, Washington, D.C.  November 4, 1989

Barnes, C.L., Collins, D.N., Fitzrandolph, R.L.: The cervical spine in rheumatoid arthritis patients having total
>   hip and knee replacement.  Southern Orthopaedic Association Annual Meeting, Antigua, West Indies.  May 3-7, 1989

Barnes, C.L., Collins, D.N., Fitzrandolph, R.L.:  The cervical spine in rheumatoid arthritic patients having
>   total hip and knee replacement.  Mid-America Orthopaedic Association Annual Meeting, Southhampton, Bermuda.  April 21-23, 1989

Barnes, C.L., Nelson, C.L., Lavender, R.C., Puskarich, C., Smith, J.:  Dihydroergotamine/heparin compared
>   to dextran in prophylaxis of deep venous thrombosis in total joint arthroplasty patients.  American Orthopaedic Association Resident's Conference, Rochester, New York.  March 29-April 1, 1989

Barnes, C.L.: Use of dextran in reconstructive surgery of the hip.  North American Orthopaedic Society, Little
>   Rock, Arkansas.  September 8-10, 1988

Barnes, C.L.: Circadian rhythms of serum gastrin in fed and fasted rodents.  Student Research Day,
>   University of Arkansas for Medical Sciences, Little Rock, Arkansas.  April 17, 1985

Barnes, C.L., Pasley, J.N., Rayford, P.L.: Circadian rhythms of serum gastrin in fed and fasted female
>   BALB/c mice.  Proceedings of Southwest Section, Society for Experimental Biology and Medicine, San Antonio, Texas.  October 19-20, 1984

## SCIENTIFIC EXHIBITS

Blaha, J. David, DeBoer, David K., Barnes, C. Lowry, Stemniski, Paul M., Lancianese, Sarah L., Obert, Richard, Carroll, Michael E.:
>   Investigation of Three-Dimensional In Vitro Knee Kinematics Using a Custom In Vitro Model.  AAOS Annual Meeting, San Diego, CA.  February 15-19, 2011

Blasier, R.D., Barnes, C.L.: Intramedullary pinning of supracondylar humerus fractures in children.

29

American Academy of Orthopaedic Surgeons, Anaheim, California. March 7-12, 1991

**AUDIOVISUAL PRESENTATIONS**
Blasier, R.D., Barnes, C.L.: Intramedullary pinning of supracondylar humerus fractures in children.
American Academy of Orthopaedic Surgeons, Washington, DC. February 20-25, 1992

**POSTER PRESENTATIONS**
Tait, Mark, Parks, Christopher, Dredge, Carter, Barnes, C.Lowry:
Preoperative Patient Education for Hip and Knee Arthroplasty: Financial Benefit? American Association of Hip and Knee Surgeons, Dallas, Texas. November 8-10, 2013

Parks, Christopher, Barnes, C.L., Bushmaier, Marty:
Chromium and Cobalt Levels and Associated MARS MRI Findings in Previously Unreported Design of Chrome Cobalt Modular Neck. International Society for Technology in Arthroplasty, Palm Beach, FL. October 16-19, 2013

Tait, Mark, Barnes, C.L.:
Patient Education for Hip and Knee Arthroplasty: Financial Benefit? International Society for Technology in Arthroplasty, Palm Beach, FL. October 16-19, 2013

Edwards, Paul, Barnes, C.L., Newbern, D. Gordon:
The "Cost" of Medicare Intermediary Denials of Hip and Knee Replacements. International Society for Technology in Arthroplasty, Palm Beach, FL. October 16-19, 2013

Edwards, Paul, Greber, Eric, Barnes, C.L.:
Is There a Role for Routine Intraperative Cultures to Diagnose Subclinical Periprosthetic Joint Infection During Revision Total Hip and Knee Arthroplasty? International Society for Technology in Arthroplasty, Palm Beach, FL. October 16-19, 2013

Greber, Eric, Barnes, C.L., Bushmiaer, Marty:
"Is Screening for Periprosthetic Joint Infections Using ESR and CRP Per AAOS Clinical Guidelines Cost Effective?" International Society for Technology in Arthroplasty, Palm Beach, FL. October 16-19, 2013

Carpenter, Dylan, Barnes, C.L.:
Tibial Plateay Coverage in UKA: A Comparison of Patient Specific and Standard Implants. International Society for Technology in Arthroplasty, Palm Beach, FL. October 16-19, 2013

Rogers, Jason, Barnes, C.L.:
Decreased Manipulation Rate With the Second Generation Medial Pivot Knee. International Society for Technology in Arthroplasty, Palm Beach, FL. October 16-19, 2013

Abolghasemian, Mansour, Barnes, C. Lowry, Backstein, David: Effect of Patellar Thickness on Knee Flexion During Total Knee Arthroplasty: A Cadaveric Study. 14th EFORT Congress, Istanbul, Turkey. June 5-8, 2013

Queen, Robin M., Bolognesi, Michael P., Wellman, Samuel S., Butler, Robert J., Attarian, David E., Barnes, C. Lowry: Is Unilateral balance Symmetrical Following Total Joint Arthroplasty One Year following Surgery? Mid-America Orthopaedic Association, Amelia Island, FL. April 17-21, 2013

Carpenter, Dylan P., Barnes, C. Lowry: Tibial Plateau Coverage in UKA: A Comparison of Patient Specific and Standard Implants. Mid-America Orthopaedic Association, Amelia Island, FL. April 17-21, 2013

Miller, Benjamin S., Barnes, C. Lowry: Results of Core Decompression for AVN of Femoral Head Using Expandable Reamer and Placement Biologic "Filler". . Mid-America Orthopaedic Association, Amelia Island, FL. April 17-21, 2013

Butler, Robert, Queen, Robin, Stephenson, John, Wilson, Becky, Barnes, C. Lowry: Effect of Extension Constraint Knee Brace on Dynamic Balance. Southern Orthopaedic Association, Greenbrier, WV. July 18-22, 2012

Abolghasemian, Mansour, Barnes, C. Lowry, Backstein, David: Effect of Patellar Thickness on Knee Flexion During Total Knee Arthroplasty: A Cadaveric Study. Canadian Orthopaedic Association Annual Meeting, Ottawa, Ontario. June 8-10, 2012

Vail, Thomas P., Barnes, C. Lowry: Where do Infections, Periprosthetic Fractures and Revisions Get Treated? American Academy of Orthopaedic Surgeons, San Francisco, CA. February 7-11, 2012

Vail, Thomas P., Barnes, C. Lowry,Takemoto, Steven: How Have Age an Co-morbidity in Joint Replacement Patients Changed? American Association of Hip and Knee Surgeons, Dallas, Texas. November 4-6, 2011

Barnes, C. Lowry: The Effects of Material Selection on the Endurance Strength of Modular Necks. Mid-America Orthopaedic Association, Tucson, Arizona. April 6-10, 2011

Barnes, C. Lowry: Use of Stature Femoral Components in Total Knee Arthroplasty. Mid-America Orthopaedic Association, Lost Pines, Texas. April 21-25, 2010

Barnes, C. Lowry: Manipulation Following ADVANCE Knee Arthroplasty: Medial Pivot and Double High Designs. Southern Orthopaedic Association, Amelia Island, Florida. July 15-18, 2009

Barnes, C. Lowry: Manipulation Following ADVANCE Knee Arthroplasty: Medial Pivot and Double High Designs. Mid-America Orthopaedic Association, Amelia Island, Florida. April 22-26, 2009

Barnes, C. Lowry: Distal Femoral Sizing Comparisons Using Computed Tomography Archive. Mid-America Orthopaedic Association, Amelia Island, Florida. April 22-26, 2009

DeBoer, David K., Barnes, C. Lowry, Blaha, J. David, Carroll, Mike E., Obert, Richard M., Stemniski, Paul M.: Kinematics Comparison of Normal and Replaced Knees in an Open Chain Isometric Extension Model. Southern Orthopaedic Association, Hot Springs, Virginia. June 11-15, 2008

Hughes, Michele M., Barnes, C. Lowry, Newbern, D. Gordon, Seabaugh, Gina: Volume and Length of Stay in a Total Joint Replacement Program. Southern Orthopaedic Association, Hot Springs, Virginia. June 11-15, 2008

Schmidt, Robert H., Barnes, C.L.: Mid-Term Clinical Results of Medial Pivot Total Knee Arthroplasty. American Academy of Orthopaedic Surgeons, San Francisco, California. March 5-9, 2008

Kolisek, Frank R., Mont, Michael A., Jessup, Nennette, Marker, David R., Seyler, Thorsten M., Barnes, C.L.: A Prospective Randomized Study of Posterior-Stabilized vs. Posterior Cruciate Ligament-Retaining TKA. American Academy of Orthopaedic Surgeons, San Francisco, California. March 5-9, 2008

Barnes, C.L.: Early Failures of Unicompartmental Replacements. AAHKS Annual Meeting, Gaylord Texan    Resort, Dallas, Texas. November 2-4, 2007

Incavo, Stephen J., Mullins, Eric Ronald, Coughlin, Kathryn M., Banks, Scott A., Banks, Anne, Barnes, C. Lowry, de Beer, Justin, Beynnon, Bruce: Kneeling after Total Knee Arthroplasty. American Academy of Orthopaedic Surgeons, San Francisco, California. March 10 – 14, 2004

Malkani, Arthur L., Barnes, C. Lowry, Baker, Dale: Optimal Fixation of Press-Fit Stems in Revision TKA Using a Tibial Offset. American Academy of Orthopaedic Surgeons, San Francisco, California. March 10 – 14, 2004

Berry, D.J., Barnes, C.L., Scott, R.C., Cabanella, M.E., Ross, R.: Catastrophic failure of the polyethylene liner of uncemented acetabular components. American Academy of Orthopaedic Surgeons, New Orleans, Louisiana. February 26, 1994

Barnes, C.L., Nelson, C.L., Lavender, R.C., Puskarich, C., Smith, J.: Dihydroergotamine/heparin compared
to dextran in prophylaxis of deep venous thrombosis in total joint arthroplasty patients. American Academy of Orthopaedic Surgeons, Anaheim, California. March 7-12, 1991

Barnes, C.L., Collins, D.N., Fitzrandolph, R.L.: Cervical spine instability in rheumatoid arthritis total joint arthroplasty patients. American Academy of Orthopaedic Surgeons, Anaheim, California. March 7-12, 1991

Pasley, J.N., Barnes, C.L., Rayford, P.L.: Circadian rhythms of serum gastrin and plasma CCK in rodents. XVII Annual Meeting of International Society of Chronobiology, Little Rock, Arkansas. November 3-6, 1985

Pasley, J.N., Barnes, C.L., Rayford, P.L.: Sex difference of circadian rhythms of serum gastrin in rats. Fifth
International Meeting of Experimental Ulcer, Boston, Massachusetts. May 16-18, 1985

**PATENTS**
US 8,545,507 B2 – Prosthesis removal cutting guide, cutting tool and method, October 1, 2013
US 7,935,118 B2 – Prosthesis removal cutting guide, cutting tool and method, May 3, 2011
US 8,403,994 B2 – Knee implant system, March 26, 2013
US 5,941,881 A – Bone fastening apparatus and related procedures, August 24, 1999


**EDUCATIONAL RESPONSIBILITIES**
Mobile Medical Education-Total Joint Replacement
Las Vegas, Nevada
February 16, 2008

PATH Tissue Preserving Surgical Symposium
Memphis, Tennessee
January 26, 2008

Fifth Annual Winter Arthroplasty Meeting
Couchevel, France
January 14-16, 2008

2007 Pacific Rim Orthopaedic Update
Oahu, Hawaii
August 25-26, 2007

Innovations in Total Joint Replacement
Tampa, Florida
March 16-17, 2007

Innovations in Total Joint Replacement
Las Vegas, Nevada

September 29-30, 2006

Total Joint Replacement and Distal Radius Repair
    Santa Monica, California
    August 11-12, 2006

Total Joint Replacement and Extremity Fixation
    Charlotte, North Carolina
    June 22-23, 2006

NAON 26th Annual Congress
    Boston, Massachusetts
    May 19-23, 2006

2nd Annual Joint Arthroplasty Young Investigators' Conference
    Chicago, Illinois
    March 21-23, 2006

Innovations in Total Joint Replacement
    Miami, Florida
    February 24-25, 2006

Faculty, Advances in Hip and Knee Arthroplasty
    Rio Mar, Puerto Rico
    January 19-21, 2006

Faculty, Mobile Lab Cadaveric Workshop
    Chicago, Illinois
    November 17-18, 2005

Faculty, Mobile Lab Cadaveric Workshop
    Dallas, Texas
    November 4-5, 2005

Course Chairman, The Miami Experience:  Innovations in Total Joint Replacement
    Miami, Florida
    October 28-29, 2005

Faculty, Wright Medical Technology, Inc. National Sales Meeting
    Memphis, Tennessee
    August 18-20, 2005

Faculty, Southern Orthopaedic Association 22ND Annual Meeting
    Asheville, North Carolina
    August 3-6, 2005

Faculty, Maximizing Performance in the High Demand Patient
    Chicago, Illinois
    July 21-24, 2005

Faculty, Think Tank on Total Knee Replacement
    San Francisco, California
    July 8-9, 2005

Faculty, Rookie Training
    Memphis, Tennessee

June 25, 2005

Faculty, State of the Art in Orthopaedics
    Snowmass, Colorado
    March 13-16, 2005

Faculty, Transforming Orthopaedics:  Technology for Improved Surgical Outcomes
    Whistler, British Columbia, Canada
    March 9-13, 2005

Faculty, Advances in Hip and Knee Arthroplasty
    Orlando, Florida
    January 14-15, 2005

Faculty, Southeast/Central Surgeon Panel Consensus Meeting
    Atlanta, Georgia
    October 22-23, 2004

Faculty, MIS Knee Training
    Evergreen Orthopedic Clinic, Kirkland, Washington
    September 18, 2004

Faculty, Maximizing Performance in the High Demand Patient
    Chicago, Illinois
    July 15-17, 2004

Faculty, Managing Your Orthopaedic Patients
    Baltimore, Maryland
    May 7-8, 2004

Faculty, Advances in Hip Revision Surgery
    Orthopaedic Learning Center, Rosemont, Illinois
    February 15-16, 2004

Faculty, Uni-Preservation and Minimally Invasive Hip Surgery
    Rosemont, Illinois
    February 2-3, 2004

Faculty, Minimal Incision Total Hip Arthroplasty
    Orthopaedic Learning Center, Rosemont, Illinois
    October 26-28, 2003

Faculty, Advances in Hip Revision Surgery
    Orthopaedic Learning Center, Rosemont, Illinois
    September 25-26, 2003

Faculty, Current Issues in Orthopaedics
    Bellaire, Michigan
    August 20-24, 2003

Faculty, Minimal Incision Total Hip Arthroplasty
    Orthopaedic Learning Center, Rosemont, Illinois
    June 30-July 1, 2003

Faculty, Catholic Health Initiatives – CEO Cluster Conference
    Cincinnati, Ohio

34

May 14-15, 2003

Course Chairman, Surgical Strategies for Degenerative and Traumatic Conditions of the Knee and Hip
    Greensboro, Georgia
    August 1-3, 2002

Faculty, DePuy, Summit / LCS Hip Meeting
    Dallas, Texas
    October 12-14, 2001

Faculty, 14th Annual Arkansas Orthopaedic Forum
    University of Arkansas College of Medicine and the Arkansas Medical Society
    November 10, 1998

Faculty, Non-Drug Treatment of Arthritis
    UAMS, Arkansas Chapter of American Academy of Family Physicians, and Arkansas Chapter of
    The Arthritis Foundation.  The Second Annual Drug Update, UAMS Campus, Little Rock, Arkansas
    October 3, 1998

Faculty, Orthopaedics for the Year 2000
    Weston Resort, Hilton Head, South Carolina
    September 27-28, 1996

Faculty, Controversies in Joint Replacement
    School of Medicine, West Virginia, Virginia
    July 25-27, 1996

Faculty, Advanced Operating Room Personnel Course
    AO Foundation, Little Rock, Arkansas
    September 15-16, 1995

Faculty, Surgical Approaches to Complex Primary and Revision Surgery
    Birmingham, Alabama
    October 14, 1994

Faculty, Second Annual Oregon Hip and Knee Arthroplasty Meeting
    Portland, Oregon
    September 16, 1995

Faculty, Second Annual Oregon Hip and Knee Symposium
    Portland, Oregon
    March 1994

Faculty, Advanced Traumatic Life Support, American College of Surgeons
    May 1987-August 1992

Staff Assistant, Summer Institute, American Academy of Orthopaedic Surgeons
    Monterey, California
    September 8-12, 1990

Faculty, Introduction to Gamma Interlocking Nail
    Little Rock, Arkansas
    May 15, 1990

Faculty, Challenges and Management Strategies in Hip and Knee reconstruction
    Educational Design, The Westin Hilton Head, South Carolina

April 30-May 2, 1988

6/15/17