| | |
|---|---|
| J. Robert Renner (SBN 148587)<br>Katherine L. Nichols (SBN 228893)<br>**DUANE MORRIS LLP**<br>865 S. Figueroa Street, Suite 3100<br>Los Angeles, CA 90017-5450<br>Telephone: 213.689.7400<br>Facsimile: 213.689.7401<br>E-mail: RRenner@duanemorris.com<br>KNichols@duanemorris.com<br><br>Dana J. Ash (admitted *pro hac vice*)<br>J. Scott Kramer (admitted *pro hac vice*)<br>Sean K. Burke (admitted *pro hac vice*)<br>Ryan J. O'Neil (admitted *pro hac vice*)<br>**DUANE MORRIS LLP**<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>Telephone: 215.979.1000<br>Facsimile: 215.979.1020<br>E-mail: DJAsh@duanemorris.com<br>JSKramer@duanemorris.com<br>SBurke@duanemorris.com<br>RJONeil@duanemorris.com<br><br>Attorneys for Defendants<br>Wright Medical Technology, Inc. and<br>MicroPort Orthopedics, Inc. | Helen Zukin, SBN 117933<br>  *zukin@kiesel.law*<br>Bryan Garcia, SBN 216904<br>  *garcia@kiesel.law*<br>Cherisse H. Cleofe, SBN 290152<br>  *cleofe@kiesel.law*<br>**KIESEL LAW LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, California 90211-2910<br>Tel: 310-854-4444<br>Fax: 310-854-0812<br><br>Attorneys for Plaintiffs<br>Kristin Biorn and Richard B. Sarafian |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN BIORN,<br><br>    Plaintiff,<br><br>    v.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation; and MICROPORT ORTHOPEDICS, INC., a Delaware corporation,<br><br>    Defendants. | Case No.: CV15-07102 CAS (KSx)<br><br>Honorable Christina A. Snyder<br>Magistrate Judge Karen L. Stevenson<br><br>**JOINT REPORT DETAILING SETTLEMENT STATUS** |

| | |
|---|---|
| RICHARD B. SARAFIAN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation; and MICROPORT ORTHOPEDICS, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. CV15-09397 CAS (KSx) |

Pursuant to the Court's November 2, 2017 Order Removing Action from the Active List of Cases Pursuant to Settlement (Dkt. No. 258), the parties hereby submit this Joint Report Detailing Settlement Status.

On November 1, 2017, the parties jointly provided notice to the Court that the foregoing consolidated action had been settled as to all parties as of October 31, 2017. Wright Medical Technology, Inc. has satisfied its obligations under the terms of the parties' Confidential Release and Settlement Agreements. Plaintiffs will promptly file a Stipulation for Dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

**SO STIPULATED.**

Dated: January 29, 2018　　　　　**DUANE MORRIS LLP**

　　　　　　　　　　　　　　　　*/s/ Ryan J. O'Neil*
　　　　　　　　　　　　　　　　J. Robert Renner
　　　　　　　　　　　　　　　　Katherine L. Nichols
　　　　　　　　　　　　　　　　Dana J. Ash (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　J. Scott Kramer (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　Sean K. Burke (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　Ryan J. O'Neil (admitted *pro hac vice*)

*Attorneys for Defendants*
Wright Medical Technology, Inc. and MicroPort Orthopedics, Inc.

Dated: January 29, 2018   **KIESEL LAW LLP**

/s/ *Helen Zukin*
Helen Zukin
D. Bryan Garcia
Cherisse H. Cleofe

*Attorneys for Plaintiffs*
Kristin Biorn and Richard Sarafian

**ATTESTATION**: Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto, and all signatories have authorized this filing.

/s/ *Ryan J. O'Neil*
Ryan J. O'Neil